# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

**KEVIN F. ROWE**
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**Mary Wiggins**
DEPUTY-IN-CHARGE
HARTFORD

January 7, 2004

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

    Case No:   92cv214(PCD)
  Case Name:   Amnesty America v. Town of W Hartford
     USCA:   03-7332

Dear Ms. MacKechnie:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a certified copy of the docket sheet and the Clerk's Certificate.

        Respectfully,

        Kevin F. Rowe, Clerk

        By:  *Fidelis Basile*
             Deputy Clerk

03-7332

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND _Q vol_
VOLUMES OF ORIGINAL RECORD.

DATE: 1/16/04