FILED
Apr 5  1 06 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMNESTY AMERICA, et al., | : | NO. 2:92CV00214(PCD) |
| Plaintiffs, | | |
| vs. | | |
| TOWN OF WEST HARTFORD, et al., | : | APRIL 2, 2004 |
| Defendants. | | |

### REQUEST FOR DEFERRAL OF TRIAL DATE

Pursuant to the Jury Selection Calendar for this matter, advising of a jury selection date on April 20, 2004, undersigned counsel for the defendant hereby respectfully requests on behalf of both parties that this matter not be scheduled for trial until a date commencing on or after May 13, 2004.

In support of this request, undersigned counsel represents that he has conferred with Attorney John Williams, trial counsel for plaintiffs, and there exist the following conflicts with a trial date prior to May 13:

1. Undersigned counsel for the defendants will be on a pre-paid out-of-the-country trip until May 2.

2. The final portion of the court's joint trial memorandum, in accordance with the operative trial memorandum order, is not due to be submitted until May 5, 2004.

3. Attorney Williams has an unavoidable conflict on May 12, 2004.

For all the foregoing reasons, counsel for the parties request a trial commencement date in this matter not earlier than May 13, 2004. The Court's consideration of this request is greatly appreciated.

Respectfully submitted on behalf of both counsel.

                                      DEFENDANT, TOWN OF WEST HARTFORD

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
skarsten@sackspec.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of April, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
Scott M. Karsten

**SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW**
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776