UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMNESTY AMERICA, | : | |
| WILLIAM E. WAUGH, | : | |
| SUZANNE C. VERDI, R.N., | : | |
| ELEANOR BRADY, | : | NO. 2:92CV214(PCD) |
| EDWARD DOMBROSKI and | : | |
| HARRY ONG | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF WEST HARTFORD | : | APRIL 7, 2004 |

### NOTICE OF SERVICE OF PART A OF TRIAL PREPARATION ORDER

A copy of Part A of the Trial Preparation Order was mailed to defense trial counsel, Attorney Scott Karsten, on April 7, 2004.

THE PLAINTIFFS

BY:_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Their Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Scott Karsten Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119-1544.

_____
JOHN R. WILLIAMS