**MANDATE**

CTDC / HTCT
92-cv-214
DORSEY

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 15th day of March, two thousand and four.

Before:   Hon. Richard J. Cardamone,
          Hon. Sonia Sotomayor,
          Hon. Robert A. Katzmann,
                    *Circuit Judges*

Docket No. 03-7332

*FILED MAR 1 5 2004 — United States Court of Appeals, Second Circuit, Roseann B. MacKechnie, Clerk*

---

AMNESTY AMERICA, suing in its representative capacity o/b/o arrestee victims of officially sanctioned, intentional and malicious physical brutality and excessive force to coerce the involuntary service of walking as arrestees and pre-trial detainees by police officers of the Town of West Hartford, CT on April 1, 1989 and June 17, 1989,
                    *Plaintiff*,

WILLIAM E. WAUGH, SUZANNE C. VERDI, R.N., HARRY M. ONG, ELANOR BRADY, arrestees and pre-trial detainees, suing o/b/o themselves and others similarly situated, and EDWARD DOMBROSKI,
                    *Plaintiffs-Appellants*,

         v.

TOWN OF WEST HARTFORD,
                    *Defendant-Appellee*,

ROBERT McCUE, Chief Of Police,
                    *Defendant*.

*FILED 2004 APR 12 P 1:28 U.S. DISTRICT COURT, HARTFORD, CT.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in part, VACATED in part and REMANDED for further proceedings in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *Tammy Martinez*
     DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

_____
Arthur M. Heller
Motions Staff Attorney

ISSUED AS MANDATE: 4.6.04