UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMNESTY AMERICA, : | |
| WILLIAM E. WAUGH, : | |
| SUZANNE C. VERDI, R.N., : | |
| ELEANOR BRADY, : | NO. 2:92CV214(PCD) |
| EDWARD DOMBROSKI and : | |
| HARRY ONG : | |
| : | |
| VS. : | |
| : | |
| TOWN OF WEST HARTFORD : | APRIL 16, 2004 |

### PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

    1. This is a lawsuit for civil rights violations, alleging a pattern of police brutality, brought by a group of citizens against the Town of West Hartford. The plaintiffs allege that the Town of West Hartford tolerated and encouraged the use of unreasonable force against them and others when they were staging sit-in demonstrations at an abortion clinic in West Hartford in 1989. The defendant denies these allegations. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

    2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

    3. Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against municipalities? If so, please explain.

4. Have you or anyone close to you ever been employed as a policeman or by any law enforcement agency in any capacity? If so, please explain.

5. Have you or anyone close to you ever been employed by any municipality in the State of Connecticut?

6. Has anyone here or anyone close to you ever been employed by any other Governmental unit in the State of Connecticut or elsewhere?

7. Do you know or have you read anything or heard anything about this case, the plaintiffs or the defendant or any of the lawyers involved in the case?

8. Has anyone here ever served as an appointed or elected official of state, city or local Government?

9. Has anyone here or anyone close to you ever been involved in any political campaigns or elections in the State of Connecticut?

10. Has anyone here or any close to you ever been employed by an attorney?

11. Would you for any reason tend to favor one side or the other in this case or in regard to the evidence which may be presented?

12. Other things being equal, would you tend to trust or believe the testimony of a police officer more or less than that of an ordinary citizen merely because the testimony came from a police officer?

13. Does anyone here have any feeling that the testimony of a police officer is entitled to greater or lesser weight or believability than that of a civilian?

14. Have you or anyone close to you ever been the victim of a crime?

15. Does anyone here belong to any club or organization which in any way is interested in the enforcement or the change of any law or laws or which is in any other way concerned with policemen or law enforcement?

16. Have you or anyone close to you ever been arrested?

17. Has anyone here ever witnessed an arrest?

18. Have you, or has anyone close to you, ever been a party to a lawsuit?  If so, please explain.

19. Where are you employed?

20. If you are married, is your spouse connected in any way with any police department or other law enforcement agency or is he or she employed by any municipality?

21. Does anyone here believe that people who demonstrate at, or block access to, abortion clinics, in violation of the law, lose their right not to be subjected to police brutality, or the use of unreasonable force by police officers, simply because they have engaged in such admittedly unlawful conduct?

22. Does anyone here have such strong feelings on the subjects of abortion or abortion rights that he or she could not be fair and impartial in deciding this case?

                      THE PLAINTIFFS

BY:_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203.562.9931
       FAX:  203.776.9494
       E-Mail: jrw@johnrwilliams.com
       Their Attorney

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy hereof was mailed to Attorney Scott Karsten Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119-1544.

_____
JOHN R. WILLIAMS