UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AMNESTY AMERICA, et al.,      :   NO. 2:92CV00214(PCD)
    Plaintiffs,

vs.

TOWN OF WEST HARTFORD,      :   APRIL 19, 2004
    Defendant.

## **APPEARANCE**

Please enter the appearance of Nicole D. Dorman, as counsel for defendant Town of West Hartford, in the above referenced matter, in addition to those already on file.

                            DEFENDANT, TOWN OF WEST HARTFORD

                            BY_____
                              Nicole D. Dorman
                              Federal Bar No.: ct07030
                              Sack, Spector & Karsten
                              836 Farmington Avenue
                              West Hartford, CT 06119
                              ndorman@sackspec.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 19th day of April, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
Nicole D. Dorman