```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT

AMNESTY AMERICA, et al.,         :  NO. 2:92CV00214(PCD)
     Plaintiffs,

vs.

TOWN OF WEST HARTFORD,           :  APRIL 19, 2004
     Defendant.
```

### **DEFENDANT'S PROPOSED VOIR DIRE**

    1.   Have you, or any member(s) of your family ever sued the police? If so, describe the occurrence upon which you based the lawsuit.

    2.   Have you, or any member(s) of your family made any formal complaint against a police officer? If so, describe the incident upon which the complaint or complaints were based.

    3.   Have you, or any member(s) of your family been involved in what you would consider to be a negative or unpleasant situation, including an arrest, with any police department? If so, please describe.

    4.   Do you believe that police officers should never use force upon a person that they are arresting, regardless of the circumstances?

5. Do you believe that, in general, police officers are inclined to use an excessive amount of physical force in performing their duties?

6. Have you or any one you know ever been personally injured by a police officer?

7. Have you or any member(s) of your family been involved in police or law enforcement training of any kind? If so, please describe.

8. Do you feel that your previous involvement in any of these situations would be likely to affect your ability to be completely objective and impartial in this case?

9. Have any of you ever served on a jury which heard claims of police misconduct or excessive force?

10. Have any of you heard or read anything about the West Hartford Police Department or its officers, which would in any way interfere with your ability to be completely objective and impartial concerning the evidence of this case?

11. Do any of you have any strong opinions, ideas or thoughts about claims of police excessive force, such as are

involved in this case as I have outlined it to you?  If so, would you please describe?

   12.  Have you ever been involved with any pro-life or anti-abortion organization or activity?  If so, would you please describe.

   13.  Do you feel that the laws of this country relating to abortion should be repealed or changed?

   14.  Specifically, do you feel that the United States Supreme Court decision in <u>Roe v. Wade</u> should be reversed?

   15.  Would any of your feelings or ideas concerning claims similar to the ones before us today as I have described them to you prevent you from being absolutely fair and impartial in considering this case solely on the basis of the evidence and the law as the court will give it to you?

   16.  If the Court were to instruct you that the law applicable to this case could result in your having the duty to send the plaintiff away with no recovery, would you have any difficulty in making that decision?

   17.  In considering this case, would you be able to put aside any feeling of sympathy you may have for the plaintiffs,

and decide this case solely on the basis of the evidence and the law as the Court will give it to you?

                                            DEFENDANT, TOWN OF WEST
                                            HARTFORD

                                      BY_____
                                          Nicole D. Dorman
                                          Federal Bar No.: ct07030
                                          Sack, Spector & Karsten
                                          836 Farmington Avenue
                                          West Hartford, CT 06119
                                          ndorman@sackspec.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 19th day of April, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
Nicole D. Dorman