DEPUTY CLERK P. Villano    RPTR/ERO/TAPE Falcone
HONORABLE

TOTAL TIME: ___ hours ___ minutes

DATE 4/20/04    START TIME 9:00a    END TIME 3:25 / 1:15
LUNCH RECESS FROM 12:40 TO 1:10
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Amnesty America, et al    CIVIL NO. 2:92cv214 (PCD)

vs.

Town of West Hartford, et al

John Williams
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Marcia Gleeson
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ Call of the Calendar held  ☐ Call of the Calendar over to ___
☒ ☒ Jury Selection held  ☐ Jury Selection continued until ___
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☒ 87 # jurors present
☒ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☒ Voir Dire by Court
☒ Peremptory challenges exercised (See attached)
☒ Jury of 10 drawn (See attached) ☒ and sworn ☐ Jury Trial commences
☐ Remaining jurors excused
☐ Discovery deadline set for ___
☐ Disposition Motions due ___
☐ Joint trial memorandum due ___
☒ Trial continued until 4/21 at 10:00 a.m.

☒ COPY TO: JURY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Amnesty America, et al

vs.

Town of West Hartford, et al

CASE NO. 2:92cv214 (PCD)

### CIVIL CHALLENGES

1. #5 - Lapointe
2. #1 - Orlando
3. #21 - Duryea
4. #22 - Russell
5. #33 - Goss
6. 
7. 
8. 

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 

Counsel for Plaintiff(s)

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Amnesty America
vs.
Town of West Hartford

CASE NO. 2:92cv214

### CIVIL CHALLENGES

| | |
|---|---|
| 1. | 1. 31 - Heather Lemelin |
| 2. | 2. 23 - Gordon Phillips |
| 3. | 3. 22 - Priscilla Russell |
| 4. | 4. 20 - Harry Morrow |
| 5. | 5. 9 - Paul Redding |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |

Counsel for Plaintiff (s)          Counsel for Defendant (s)

3:03cv214

Judge's List  6/1

| Judge: PETER C. DORSEY | Date: 4/20/04 |
|---|---|
| Event: 3:03CR222(PCD) | Time: 9:04 AM |
| Description: US V KING | |

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 1 | 100168782 | 02-0020 | ORLANDO, ELIZABETH<br>SEYMOUR  CASE MGMT | 6/20 - 6/08 N/A | PP |
| 2 | 100178113 | 02-0058 | ESTEVES, NANCY L<br>EAST HAVEN  PRINCIPAL | | CP |
| 3 | 100148270 | 02-0015 | MCGOVERN, CINDY M<br>NORTHFORD  CONTRACTS ADMIN | | CP |
| 4 | 100154174 | 02-0007 | THOMAS, VICTORIA J<br>NEW HAVEN | | CP |
| 5 | 100080622 | 02-0086 | LAPOINTE, IRENE E<br>LEBANON  PROPERTY APPRAISER | | PP |
| 6 | 100070249 | 02-0106 | BAILEY, BRIAN J<br>COLCHESTER  CONTRACT ADMIN | | CP |
| 7 | 100073062 | 02-0109 | LEE, TALSOON<br>WATERFORD  RETIRED | | CP |
| 8 | 100136404 | 02-0024 | WOLAK, JOEL J<br>HADDAM  BANKING | 4/26 - 4/30 -n/A | CP |
| 9 | 100069834 | 02-0014 | REDDING, PAUL<br>NIANTIC  UNEMPLOYED | | PD |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 10 | 100128789 MILFORD | 02-0142 | GILLEN, JANET R SECRETARY | 6/11 - 6/18 - N/A | CP |
| 11 | 100171109 MILFORD | 02-0051 | O'NEIL, ARTHUR H LETTER CARRIER | | CP |
| 12 | 100167803 WEST HAVEN | 02-0022 | CATES, ALISA CALL RECEIVING OPERATOR | | CP |
| 13 | 100176796 CROMWELL | 02-0059 | FRITZ, CHRISTINE H. PAYROLL | 6/17 - 6/20 - N/A | / |
| 14 | 100168623 NAUGATUCK | 02-0062 | DIEDRICH, OLIVER J BIOLOGIST | 5/7 - N/A | CP |
| 15 | 100152045 MERIDEN | 02-0116 | BEIER, LAURA L X-RAY TECH | | CP |
| 16 | 100077234 LEDYARD | 02-0090 | SHINE, KEVIN P MECHANIC | | CP |
| 17 | 100085899 WALLINGFORD | 02-0027 | MILLER, STEPHEN R MANAGER | | CP |
| 18 | 100149037 WOLCOTT | 02-0064 | GUIDITTA JR, NICHOLAS V | | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR222(PCD)**  
Description: **US V KING**

Date: **4/20/04**  
Time: **9:04 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 19 | 100151055 | 02-0149 | **AVALLONE, FRANK**<br>GUILFORD — RETIRED | | CP |
| 20 | 100150733 | 02-0102 | **MORROW, HARRY J**<br>WALLINGFORD — TECHNICIAN | 5/13 - N/A | PD |
| 21 | 100157138 | 02-0052 | **DURYEA, RICHARD F**<br>CLINTON — TRACTOR DRIVER | | PP |
| 22 | 100159240 | 02-0012 | **RUSSELL, PRISCILLA J**<br>NORTH BRANFORD — CARE MANAGER | | PP |
| 23 | 100139161 | 02-0077 | **PHILLIPS, GORDON S**<br>EAST HADDAM — WAREHOUSE WORKER | | PD |
| 24 | 100140995 | 02-0075 | **PRINZ, BRIAN A**<br>GUILFORD — COMPOSITE MANUFACTUER | 4/26-28 - N/A | CP |
| 25 | 100072058 | 02-0017 | **LACCETTI, LUCILLE B**<br>GROTON — SCIENTIST | | CP |
| 26 | ~~100178079~~ | ~~02-0073~~ | ~~**MORSE, CHRIS R**~~<br>MILFORD — STUDENT | | CP |
| 27 | 100132259 | 02-0100 | **JASIECKI, DONNA J**<br>MIDDLETOWN — HOMEMAKER | 6/23 - 7 NA | / |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:03CR222(PCD)  
Description: US V KING  

Date: 4/20/04  
Time: 9:04 AM

Random

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 28 | 100176421 | 02-0008 | DYNARSKI, BRIDGET C<br>MERIDEN<br>RECEPTIONIST | 5/24 - 6/10 - N/A | CP |
| 29 | 100172796 | 02-0040 | SKAANNING, JEFFREY M<br>MIDDLEFIELD<br>LP SUPER | | / |
| 30 | 100136673 | 02-0016 | YURAVICH JR, ALBERT J<br>NAUGATUCK<br>ANTIQUES DEALER | | CP |
| 31 | 100152856 | 02-0023 | LEMELIN, HEATHER A<br>KILLINGWORTH<br>HOMEMAKER | 5/3 - 5/7<br>5/17 - 5/21 - N/A | PD |
| 32 | 100176971 | 02-0089 | BRIDWELL, JENNIFER M<br>MILFORD<br>DOG TRAINER | 4/28 - 5/2 - N/A | J1 |
| 33 | 100151630 | 02-0047 | GOSS, BRENDA L X<br>SOUTHBURY<br>UNION CARPENTER | 4/30 - N/A | PP |
| 34 | 100147069 | 02-0139 | D'ANGELO, NICHOLAS J<br>NORTH HAVEN<br>WAREHOUSE WORKER | | CP |
| 35 | 100132806 | 02-0028 | LIVINGSTON, GAIL M<br>WALLINGFORD<br>ASSEMBLER | | J2 |
| 36 | 100173683 | 02-0046 | WYNN, WILLIAM<br>NEW HAVEN | 5/12 N/A | CP |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~37~~ | 100163938 | 02-0029 | DALMASO, JERRY R — WATERBURY — SALES | 4/10-23 N/A  4/27 - N/A | — |
| ~~38~~ | 100155660 | 02-0004 | NEMPHOS, ANN M — CHESHIRE — COMPUTER APP | | — |
| ~~█~~ | 100147599 | 02-0060 | WILDES, JAMES E — HAMDEN — ATTORNEY | | J3 |
| ~~█~~ | 100140468 | 02-0123 | BANKO, ALLEN T — WALLINGFORD — COMPUTER SPECIALIST | 4/23 - 4/29 | J4 |
| 41 | 100156109 | 02-0001 | RUSSELL, KEVIN J — WATERBURY — FIREFIGHTER | | CP |
| ~~█~~ | 100144057 | 02-0076 | KENNEY, PATRICIA A — KILLINGWORTH — SEAMSTRESS | 5/11 N/A  4/27 > N/A | J5 |
| ~~43~~ | 100178618 | 02-0141 | TYNAN, PAMELA S — NAUGATUCK — R.N. | | — |
| ~~44~~ | 100164517 | 02-0095 | ZAMBETTI, ALEXANDER G — WOLCOTT — BUSINESS OWNER | | — |
| ~~45~~ | 100141416 | 02-0114 | PHILLIPS, MARGARET M — WOLCOTT — CRISIS PREGNANCY CTR | | — |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 46 | 100160219 | 02-0150 | KEELER, MARIA A<br>WEST HAVEN | MARKETING PROGRAM MGR   6\|1·6\|6 | |
| | 100150979 | 02-0067 | WALTON, KAREN E<br>BETHANY | OFFICE ASST | J6 |
| 48 | 100160078 | 02-0030 | PASQUALE, JACK M<br>WALLINGFORD | PATENT ATTORNEY   5\|20, 21, 25<br>6\|14-20  N\|A | |
| 49 | 100149206 | 02-0127 | SAWYER III, ROBERT G<br>KILLINGWORTH | ENGINEER | J7 |
| 50 | 100071372 | 02-0070 | MARTINEZ, JANINE M<br>NORWICH | INSTRUCTOR | J8 |
| | 100134903 | 02-0113 | KERNAN, KAREN R<br>BRANFORD | WRITER | J9 |
| | 100148278 | 02-0082 | BARNES, JOHN G<br>CLINTON | FACILITIES LEAD | J10 |
| 53 | 100158523 | 02-0133 | HANSEN, MONICA A<br>HIGGANUM | SPECIAL ED TEACHER | |
| 54 | 100132582 | 02-0039 | KELMACHTER, BARRY L<br>CHESHIRE | PATENT ATTORNEY | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 55 | 100070529 | 02-0091 | FELD, LAWRENCE C | MECHANIC | |
| | | | NEW LONDON | | |
| 56 ✓ | 100173396 | 02-0013 | ROBINSON, SANDRA L | SECRETARY | ✓ |
| | | | MILFORD | | |
| 57 ✓ | 100091958 | 02-0011 | BAIN, KELLY | ENGINEERING ASST | ✓ |
| | | | OXFORD | | |
| 58 | 100167504 | 02-0032 | CHAWLA, HARPAL S | SR TEST ENGINEER | |
| | | | SEYMOUR | | |
| 59 | 100168993 | 02-0093 | TIROLETTO, ELAINE | ACCOUNTING MGR | |
| | | | NORTH HAVEN | | |
| 60 | 100172251 | 02-0132 | MANLEY, RUTH H | CLINICAL SOCIAL WORKER | |
| | | | GUILFORD | | |
| 61 ✓ | 100079547 | 02-0048 | SHELTON, JUSTIN A | CONTRACTOR | ✓ |
| | | | WATERFORD | | |
| 62 | 100155586 | 02-0104 | MALONEY, JOAN K | RETIRED | |
| | | | MIDDLEBURY | | |
| 63 | 100142346 | 02-0037 | HARPER, DEBORAH S | RETIRED | |
| | | | OXFORD | | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR222(PCD)**  
Description: **US V KING**

Date: **4/20/04**  
Time: **9:04 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 64 | 100148140 | 02-0098 | **LADD, MICHAEL J** <br> BRANFORD — GRADUATE STUDENT | |
| 65 | 100127574 | 02-0071 | **CAPALDO, CHRISTINE M** <br> WATERBURY — TEACHER | |
| 66 | 100071629 | 02-0140 | **CLARKE, WILLIAM D** <br> NORTH STONINGTON — CARPENTER | |
| 67 | 100079864 | 02-0107 | **CARVALHO, ANTHONY JOHN** <br> GROTON — MECHANICAL OPERATOR | |
| 68 | 100161482 | 02-0042 | **CARUSO, JOSEPH** <br> WATERBURY — MAINTENANCE SUPERVISOR | |
| 69 | 100146934 | 02-0041 | **MISENTI, JAMES A** <br> EAST HADDAM — BUSINESS OWNER | |
| 70 | 100149135 | 02-0068 | **AMUNDSEN, CARL** <br> MILFORD | |
| 71 | 100160594 | 02-0092 | **POMEROY, LAWRENCE S** <br> NEW HAVEN — AUDIO TECH | |
| 72 | 100158794 | 02-0124 | **BURKE, ANGELIQUE M** <br> NORTH BRANFORD — SALES SUPPORT MGR | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:03CR222(PCD)  
Description: US V KING

Date: 4/20/04  
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 73 | 100132853 | 02-0019 | MERCIER, PATRICIA F  <br>WATERBURY   TOOLSETTER | |
| 74 | 100140881 | 02-0128 | WHEATON, JOSEPHINE R  <br>MILFORD   PROJECT COORDINATOR | |
| 75 | 100069494 | 02-0121 | MIESZKOWICZ, LISA A  <br>COLCHESTER   PURCHASING AGENT | |
| 76 | 100071392 | 02-0084 | LAKE, ELIZABETH A  <br>NORWICH   COORDINATOR | |
| 77 | 100175335 | 02-0143 | ANTOINE, JACQUES  <br>HAMDEN   DEPT MGR | |
| 78 | 100177962 | 02-0005 | MATTERAZZO, WILLIAM P  <br>EAST HAMPTON   MATERIALS SUPERVISOR | |
| 79 | 100067608 | 02-0147 | JEAN, GEDEON  <br>NEW LONDON   CARD DEALER | |
| 80 | 100176254 | 02-0010 | VISCIONE, GARY A  <br>WESTBROOK   COMPUTER ANALYST | |
| 81 | 100149850 | 02-0101 | MILLER, KENNETH S  <br>ORANGE   ACCOUNTANT | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:29 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 82 | 100071999 | 02-0055 | MARION, ROSEMARIE A<br>VOLUNTOWN<br>SECRETARY | |
| 83 | 100158530 | 02-0087 | PRICKETT, ROGER A<br>NAUGATUCK<br>MATERIALS MANAGER | |
| 84 | 100140553 | 02-0018 | MUCIK, PAUL M<br>MERIDEN<br>INSPECTOR | |
| 85 | 100158625 | 02-0145 | SIMPSON, JAMES ANGUS<br>HADDAM NECK<br>COLLEGE ADMINISTRATOR | |
| 86 | 100073447 | 02-0078 | MORGAN, GARY W<br>OAKDALE<br>ENGINEER | |
| 87 | 100072584 | 02-0072 | SANTOS-RIVERA, PATRICK U<br>VOLUNTOWN<br>QUALITY ASSURANCE INSP | |
| 88 | 100127948 | 02-0061 | INFANTE, LINDA A<br>HAMDEN<br>RETIRED | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.