UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AMNESTY AMERICA, et al.,  :  NO. 2:92CV00214(PCD)
    Plaintiffs,

vs.

TOWN OF WEST HARTFORD,  :  APRIL 20, 2004
    Defendant.

**NOTICE OF DEFENDANT'S COMPLIANCE
WITH SECTION B OF THE TRIAL PREPARATION ORDER**

Defendant hereby gives notice to the Court that a copy of Part B of the Trial Preparation Order was mailed to plaintiffs' counsel, Attorney John R. Williams, this 20th day of April, 2004.

                              DEFENDANT, TOWN OF WEST
                              HARTFORD

                              BY_____
                              Nicole D. Dorman
                              Federal Bar No.: ct07030
                              Sack, Spector & Karsten
                              836 Farmington Avenue
                              West Hartford, CT 06119
                              ndorman@sackspec.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of April, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
Nicole D. Dorman