```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT

AMNESTY AMERICA, et al.,        :   NO. 2:92CV00214(PCD)
     Plaintiffs,

vs.

TOWN OF WEST HARTFORD,          :   APRIL 23, 2004
     Defendant.
```

## MOTION FOR EXTENSION OF TIME

Defendant Town of West Hartford respectfully moves for an extension of time of ten (10) days, until May 19, 2004 to submit compliance with Part C of the Court's Trial Preparation Order which presently is due May 5, 2004.

This extension is necessary because trial counsel, Scott Karsten, will be out of the country on a pre-paid, pre-arranged trip through May 2, 2004 and immediately upon his return has several matters scheduled that will prevent his completion of defendant's compliance. The requested extension should not interfere with the start of the trial of this matter since the Court has indicated trial would begin sometime after June 1, 2004.

This is the first such request for an extension.

In accordance with Local Rule of Civil Procedure 7(b), the undersigned telephoned plaintiff's attorney, John Williams on April 23, 2004, but was unable to ascertain his position as to this motion.

                              DEFENDANT, TOWN OF WEST HARTFORD

BY_____
    Nicole D. Dorman
    Federal Bar No.: ct07030
    Sack, Spector & Karsten
    836 Farmington Avenue
    West Hartford, CT 06119
    ndorman@sackspec.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of April, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
Nicole D. Dorman