# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

AMNESTY AMERICA, ET ALS

   -vs-                                                          Civil No. 2:92 cv 214 (PCD)

TOWN OF WEST HARTFORD, ET ALS

## ENDORSEMENT ORDER

The defendant, Town of West Hartford's motion for extension of time until May 19, 2004 to file compliance with Part C of the TPO (Doc. #144) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, April 30, 2004.

                                                    /s/_____
                                                       Peter C. Dorsey, Senior
                                                       United States District Judge