UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMNESTY AMERICA, | : | |
| WILLIAM E. WAUGH, | : | |
| SUZANNE C. VERDI, R.N., | : | |
| ELEANOR BRADY, | : | NO. 2:92CV214(PCD) |
| EDWARD DOMBROSKI and | : | |
| HARRY ONG | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF WEST HARTFORD | : | MAY 19, 2004 |

**DEFENDANT'S COMPLIANCE WITH PART C
OF TRIAL PREPARATION ORDER**

**1.     TRIAL COUNSEL**

**Plaintiffs:**  John R. Williams, Esquire, Williams & Pattis, LLP, 51 Elm Street, New

Haven, CT 06510 (203) 562-9931.

**Defendant:** Scott M. Karsten, Sack, Spector & Karsten, LLP, 836 Farmington Avenue,

West Hartford, CT  06119, (860) 233-8251.

**2.     JURY-NONJURY**

The case will be tried before a jury.

**3.     LENGTH OF TIME**

The defendants expect the trial to take approximately four (4) to six (6) days.

**4.     ELECTION FOR TRIAL BY MAGISTRATE**

The parties have not agreed to have the case tried by a U.S. Magistrate Judge

Joan G. Margolis.

5.     **FURTHER PROCEEDINGS**

Defendant's motion in limine regarding proposed evidence relating to police

conduct at both demonstrations.  Defendant's motion in limine regarding evidence

relating to medical treatment and/or expenses that was not the subject of a Rule 26(a)

disclosure.

6.     **SETTLEMENT**

Defendant does not believe that settlement, assisted by a settlement conference,

is likely.

I.     **CLAIMS OF FACT PROPOSED BY PLAINTIFFS FOR STIPULATION
       AS UNDISPUTED**

1.  The Summit Women's Center was at the times relevant to this action a clinic

located in West Hartford, at which abortions were performed.

**Agree.**

2.  The Summit Women's Center was the target of anti-abortion demonstrations

on April 1, 1989, and June 17, 1989.

**Agree.**

3.  The five individual plaintiffs attended and participated in both

demonstrations.

**Agree.**

4.  The five individual plaintiffs were arrested at both demonstrations by officers

of the West Hartford Police Department.

**Agree.**

5.   Robert McCue was the West Hartford Chief of Police at the time of both

demonstrations.

**Agree.**

6.   Chief McCue was the highest policy-setting official of the Town of West

Hartford for police matters.

**Agree.**

7.   The City of Hartford, at all times relevant to this matter, was acting under color

of law.

**Disagree.  Town of West Hartford.**

**II.     PROPOSED FINDINGS OF FACT**

1.   William E. Waugh was subjected to unreasonable force on April 1,

1989, and sustained injuries as a result.  *Exhibit 26; Witnesses 1, 111.*

**Disagree.  Videotape # 1 @ 14:40; testimony of McCue, Rosensweig,
Hallenbeck, Miller, Wallace, other arresting officers; police reports and records.**

2.   William E. Waugh was subjected to unreasonable force on June 17,

1989, and sustained injuries as a result.  *Exhibit 26; Witnesses 1, 111.*

**Disagree.  Videotape #4 51:23; 52:10; testimony of McCue, Aniolowski,
Zeller, Silano, Miller, other arresting officers; police reports and records.**

3.   Suzanne C. Verdi was subjected to unreasonable force on April 1,

1989, and sustained injuries as a result.  *Witness 2.*

**Disagree.  Videotape #1 38:20; #2 12:05; testimony of McCue, Wallace, other arresting officers; police reports and records.**

4.  Suzanne C. Verdi was subjected to unreasonable force on June 17, 1989, and sustained injuries as a result.  *Witness 2.*

**Disagree.  Videotape #4 34:15; #7 1:27; testimony of McCue, Silano, O'Connor, other arresting officers; police reports and records.**

5.  Eleanor Brady was subjected to unreasonable force on April 1, 1989, and sustained injuries as a result.  *Exhibit 103; Witness 3.*

**Disagree.  Videotape #1 38:27; #2 12:24; testimony of McCue, Wallace, other arresting officers; police reports and records.**

6.  Eleanor Brady was subjected to unreasonable force on June 17, 1989, and sustained injuries as a result.   *Exhibit 103; Witness 3.*

**Disagree.  Videotape #9; police reports and records.**

7.  Edward Dombroski was subjected to unreasonable force on April 1, 1989, and sustained injuries as a result.  *Witness 4.*

**Disagree.  Videotape #1 11:58, Dombroski deposition 6/26/00 pp. 128-133; testimony of McCue, Wallace, other arresting officers; police reports and records.**

8.  Edward Dombroski was subjected to unreasonable force on June 17, 1989, and sustained injuries as a result.  *Witness 4.*

**Disagree.  Videotape # 9 57:30; testimony of McCue, Silano, other arresting officers; police reports and records.**

9.  Harry Ong was subjected to unreasonable force on April 1, 1989, and sustained injuries as a result.  *Witness 5.*

**Disagree.  Videotape #1 37:11; #2 11:02.  Ong deposition 6/30/00 pp. 172-173; testimony of McCue, other arresting officers; police reports and records.**

10.  Harry Ong was subjected to unreasonable force on June 17, 1989, and sustained injuries as a result.  *Witness 5.*

**Disagree.  Videotape #4 10:45; #7 22:15; testimony of McCue, Silano, other arresting officers; police reports and records.**

11.  Chief McCue observed officers of his department engaging in the use of unreasonable force on April 1, 1989.  *Witnesses 1-6, 11, 15-18, 22, 26, 32, 34, 39-42, 45, 47, 49, 50, 52, 54, 55, 57, 59, 60, 64, 66, 67, 69, 70, 72, 75, 77, 80, 82, 83, 86-88, 90, 92, 95, 96, 98, 101, 105, 106, 118, 120-123, 126, 129, 131, 132, 135, 136, 140, 149, 150, 155, 156; Exhibits 1-12, 40-51, 63, 69, 71, 76, 78, 81, 83, 89, 95, 97.*

**Disagree.  Videotapes; testimony of McCue, arresting officers; police reports and records; U.S. DOJ letter.**

12.  Chief McCue observed officers of his department engaging in the use of unreasonable force on June 17, 1989.  *Witnesses 1-5, 8-10, 12-14, 19-21, 23-25, 27-31, 33, 35-39, 43, 44, 46, 48, 51, 53, 55, 56, 58, 59, 61-63, 65, 68, 71-74, 76-79, 81, 84, 85, 89-91, 93-95, 97-101, 103, 104, 106-110, 112-117, 119, 124, 125, 127, 128, 130, 133, 134, 136-139, 141-148, 151-154; Exhibits 1-12, 21-25, 27-37, 52, 53, 55-62, 64-68, 70, 72-80, 82, 84, 85-88, 90-94, 96, 97.*
**Disagree.  Videotapes; testimony of McCue, arresting officers; police reports and records; U.S. DOJ letter.**

13.  Chief McCue received credible reports, prior to June 17, 1989, that

officers of his department had used unreasonable force against demonstrators on April 1, 1989. *Witnesses 7, 32, 77, 98, 102, 122, 136; Exhibits 1-20, 34-51, 69, 98-102, 104, 105.*

**Disagree.  Testimony of McCue; police reports and records; U.S. DOJ letter.**

14.  Despite his knowledge that his officers were using unreasonable force against the demonstrators at both demonstrations, Chief McCue took no remedial action to protect demonstrators, including the plaintiffs, from the use of such force although he could have done so.  *Witnesses 1-5, 7-10, 12-14, 19-21, 23-25, 27-33, 35-39, 43, 44, 46, 48, 51, 53, 55, 56, 58, 59, 61-63, 65, 68, 71-74, 76-79, 81, 84, 85, 89-91, 93-95, 97-104, 106-110, 112-117, 119, 122, 124, 125, 127, 128, 130, 133, 134, 136-139, 141-148, 151-154; Exhibits 1-25, 27-53, 55-62, 64-70, 72-80, 82, 84, 85-88, 90-94, 96-102, 104, 105.*

**Disagree.  Testimony of McCue, arresting officers; videotapes; documentation relating to arrest of each plaintiff; police reports and records; US DOJ letter; department policies.**

15.  The Town of West Hartford was deliberately indifferent to the use of unreasonable force by its police officers against participants in the demonstrations at the Summit Women's Center.  *Witnesses 1-156; Exhibits 1-105.*

**Disagree.  Testimony of McCue, arresting officers; videotapes; documentation relating to arrest of each plaintiff; police reports and records; department policies.**

16.  The Town of West Hartford had a policy of encouraging or condoning the use of unreasonable force by its police officers against participants in the demonstrations at the Summit Women's Center.  *Witnesses 1-156; Exhibits 1-105.*

**Disagree.  Testimony of McCue, arresting officers; videotapes; police reports and records; department policies.**

17.  The policy of the Town of West Hartford proximately caused the injuries suffered by the plaintiff William E. Waugh.  *Witnesses 1-156; Exhibits 1-105.*

**Disagree.  Testimony of McCue, arresting officers; videotapes; Waugh deposition 7/13/00 pp. ___; police reports and records.**

18.  The policy of the Town of West Hartford proximately caused the injuries suffered by the plaintiff Suzanne C. Verdi.  *Witnesses 1-156; Exhibits 1-105.*

**Disagree.  Testimony of McCue, arresting officers; videotapes; Verdi deposition 7/17/00 pp. ___; interrogatory responses 7/7/00; police reports and records.**

19.  The policy of the Town of West Hartford proximately caused the injuries suffered by the plaintiff Eleanor Brady.  *Witnesses 1-156; Exhibits 1-105.*

**Disagree.  Testimony of McCue, arresting officers; videotapes; Brady deposition 7/5/00 and 7/14/00, pp. ___; police reports and records.**

20.  The policy of the Town of West Hartford proximately caused the injuries suffered by the plaintiff Edward Dombroski.  *Witnesses 1-156; Exhibits 1-105.*

- 7 -

**Disagree.  Testimony of  McCue, arresting officers; videotapes; Dombroski deposition, 6/26/00 pp. 128-133; police reports and records.**

21.  The policy of the Town of West Hartford proximately caused the injuries suffered by the plaintiff Harry Ong.  *Witnesses 1-156; Exhibits 1-105.*

**Disagree.  Testimony of McCue, arresting officers; Ong deposition 6/30/00 pp. 172-173; police reports and records.**

## III.    CLAIMS OF LAW

1.  The policy of the defendant respecting the use of force at the Summit Women's Center by its police officers was set by the acts and omissions of its Chief of Police.  Pembauer v. City of Cincinnati, 475 U.S. 469, 480-81 (1986); Kelley v. LaForce, 279 F.3d 129, 138 (1st Cir. 2002); Mandell v. County of Suffolk, 316 F.3d 368, 385 (2nd. Cir. 2003); Weber v. Dell, 804 F.2d 796 (2d Cir. 1986); Keenan v. City of Philadelphia, 983 F.2d 459, 468-69 (3d Cir. 1992); Holloway v. Brush, 220 F.3d 767, 773 (6th Cir. 2000); Jones v. City of Chicago, 856 F.2d 985, 996 (7th Cir. 1988); Fairley v. Luman, 281 F.3d 913 (9th Cir. 2002); Davis v. Mason County, 927 F.2d 1473 (9th Cir. 1991);Grech v. Clayton County, 288 F.3d 1277 (11th Cir. 2002); Gibson v. City of Clarksville, 860 F. Supp. 450 (M.D. Tenn. 1993).

**Disagree in part.  Municipal custom or policy was not established exclusively by the acts and omissions of the Town of West Hartford Chief of Police.  Canton v. Harris, 489 U.S. 378, 389 (1989); Oklahoma City v. Tuttle, 471 U.S. 808, 823-24 (1985); Walker v. City of New York, 974 F.2d 293, 296-98 (2d Cir.) cert. denied, 507 U.S. 972 (1993).**

2.  The policy of the defendant respecting the use of force at the Summit

Women's Center by its police officers also was set by the actions of other high-

ranking municipal officials and was ratified by the Town Council.  Gernetzke v.

Kenosha School Dist. No. 1, 274 F.3d 464, 469 (7th Cir. 2001); Hopper v. City of

Pasco, 241 F.3d 1067, 1083 (9th Cir. 2001), quoting Gillette v. Delmore, 979 F.2d

1342, 1346-47 (9th Cir. 1992).

**Inasmuch as this claim is one of fact subject to proof at trial, defendant
disagrees.  See response to claim of law # 1, above.**

3.  The defendant was deliberately indifferent to the use of unreasonable

force by its police officers upon demonstrators at the Summit Women's Center.

City of Canton v. Harris, 489 U.S. 378 (1989); Board of County Commissioners

of Bryan County, Oklahoma v. Brown, 520 U.S. 397 (1997); DeCarlo v. Fry, 141

F.3d 57, 61-62 (2nd Cir. 1998); Ricciuti v. New York City Transit Auth., 941 F.2d

119, 122-23 (2nd  Cir. 1991).  Cf., Thomas v. Roach, 165 F.3d 137, 145 (2nd Cir.

1999).

**Inasmuch as this claim is one of fact subject to proof at trial, defendant
disagrees.**

4.  The defendant had a policy of encouraging or condoning the use of

unreasonable force upon demonstrators at the Summit Women's Center.

Pembauer v. City of Cincinnati, 475 U.S. 469, 480-81 (1986); Kelley v. LaForce,
279 F.3d 129, 138 (1st Cir. 2002); Mandell v. County of Suffolk, 316 F.3d 368,

385 (2nd. Cir. 2003); Weber v. Dell, 804 F.2d 796 (2d Cir. 1986); Keenan v. City

of Philadelphia, 983 F.2d 459, 468-69 (3d Cir. 1992); Holloway v. Brush, 220

F.3d 767, 773 (6th Cir. 2000); Jones v. City of Chicago, 856 F.2d 985, 996 (7th

Cir. 1988); Fairley v. Luman, 281 F.3d 913 (9th Cir. 2002); Davis v. Mason

County, 927 F.2d 1473 (9th Cir. 1991);Grech v. Clayton County, 288 F.3d 1277

(11th Cir. 2002); Gibson v. City of Clarksville, 860 F. Supp. 450 (M.D. Tenn.

1993).

     **Inasmuch as this claim is one of fact subject to proof at trial, defendant
disagrees.**

     5.   The force used upon the plaintiffs was unreasonable and violated the

Fourth Amendment to the United States Constitution.  Martin v. Heideman, 106

F.3d 1308, 1312-13 (6th Cir. 1997); Walton v. City of Southfield, 995 F.2d 1331,

1342 (6th Cir. 1993); LaLonde v. County of Riverside, 204 F.3d 947, 960 (9th

Cir. 2000); Alexander v. County of Los Angeles, 64 F.3d 1315 (9th Cir. 1995);

Palmer v. Sanderson, 9 F.3d 1433 (9th Cir. 1993); Hansen v. Black, 885 F.2d

642 (9th Cir. 1989); Bauer v. Norris, 713 F.2d 408, 410-13 (8th Cir. 1983);

Lanigan v. Village of East Hazel Crest, 110 F.3d 467 (7th Cir. 1997); Heitschmidt

v. City of Houston, 161 F.3d 834 (5th Cir. 1998); LaLonde v. County of Riverside,

204 F.3d 947, 959 (9th Cir. 2000); Courville v. Town of Barre, 818 F. Supp. 23

(D. Mass. 1993); Armao v. American Honda Motor Co., 917 F. Supp. 142, 144
(D. Conn. 1966).

     **Inasmuch as this claim is one of fact subject to proof at trial, defendant
disagrees.**

6.  The policy of the Town of West Hartford proximately caused the use

of unreasonable force by its officers upon the plaintiffs and the injuries resulting

therefrom.  AUSA Insur. Co. V. Ernst & Young, 2000 WL 287886 *11 (2nd Cir.

2000); Pacitti v. Macy's, 193 F.3d 766, 778 (3rd Cir. 1999); Culver v. McRoberts,

192 F.3d 1095, 1098 (7th Cir. 1999); Hicks v. Talbott Recovery System, Inc., 196
F.3d 1226, 1243 (11th Cir. 1999).

**Inasmuch as this claim is one of fact subject to proof at trial, defendant disagrees.**

## IV.    PLAINTIFFS' PROPOSED EXHIBITS

1.  Videotape

2.  Videotape

3.  Videotape

4.  Videotape

5.  Videotape

6.  Videotape

7.  Videotape

8.  Videotape

9.  Videotape

10.  Videotape

11.  Videotape

12.  Videotape

**Objection 1-12.    Absent a reference to a specific segment of a particular tape, it is impossible for defendants to respond to these proposed exhibits.  To the extent that the proposed video exhibits depict individuals other than the plaintiffs and activities not witnessed by Chief McCue, any such evidence is immaterial and irrelevant.**

13.  Hartford Courant (April 2, 1989), page B-1

14.  Hartford Courant (April 3, 1989), page C-2

15.  Hartford Courant article:  "8 protesters continue resistance in court"

16.  West Hartford News (April 6, 1989): "Anti-Abortion Protesters

Arrested at Center"

17.  West Hartford News (April 13, 1989), page 5

18.  Hartford Courant (April 18, 1989), page B-4

19.  West Hartford News (April 20, 1989), page 4

20.  West Hartford News (April 20, 1989): "Last protester released –

Chief defends police action"

**Objection 13-20.  Hearsay, relevance.**

21.  Photograph (6/17/89)

22.  Photograph (6/17/89)

23.  Photograph (6/17/89)

24.  Photograph (6/17/89)

25.  Photograph (6/17/89)

**Objection:  21-25.  Hearsay, immaterial and irrelevant, absent testimony by plaintiff that photograph depicts him/her and that scene was witnessed by Chief McCue.**

26.  Medical records of plaintiff Waugh

**Objection:  Not a medical record; handwritten notes not part of original records; authenticity; relevance; failure to timely disclose.**

27.  Photograph (6/17/89)

28.  Photograph (6/17/89)

29.  Photograph (6/17/89)

30.  Photograph (6/17/89)

31.  Photograph (6/17/89)

32.  Photograph (6/17/89)

33.  Photograph (6/17/89)

**Objection 27-33.    Hearsay, immaterial and irrelevant, absent testimony by a plaintiff that photograph depicts him/her and that scene was witnessed by Chief McCue.**

34.  Photograph of Susan Piccolo

35.  Photograph of Dorothy Daly

36.  Photograph of Gregory Benoit

37.  Photograph of Lianne Azevedo

**Objection 34-37.  Immaterial, irrelevant, hearsay.**

38.  Letter from Patrick G. Alair to John M. Spear (4/20/89) with attachment.

**Objection.    Hearsay, irrelevant.**

    39.  Letter from McCue to Norko (4/13/89)

    40.  Photograph of police activity at April 1, 1989, demonstration

    41.  Photograph of police activity at April 1, 1989, demonstration

    42.  Photograph of police activity at April 1, 1989, demonstration

    43.  Photograph of police activity at April 1, 1989, demonstration

    44.  Photograph of police activity at April 1, 1989, demonstration

    45.  Photograph of police activity at April 1, 1989, demonstration

    46.  Photograph of police activity at April 1, 1989, demonstration

    47.  Photograph of police activity at April 1, 1989, demonstration

    48.  Photograph of police activity at April 1, 1989, demonstration

    49.  Photograph of police activity at April 1, 1989, demonstration

    50.  Photograph of police activity at April 1, 1989, demonstration

    51.  Photograph of police activity at April 1, 1989, demonstration

    52.  Photograph of police activity at June 17, 1989, demonstration

    53.  Photograph of aftermath of activity portrayed in Exhibit 52

**Objection.  40-53.  Immaterial and irrelevant, absent testimony by plaintiff that photo depicts him/her and that scene was witnessed by Chief McCue.**

    54.  West Hartford Town Council Resolution adopted June 27, 1989

    55.  Photograph of police activity at June 17, 1989, demonstration.
    56.  Photograph of police activity at June 17, 1989, demonstration.

- 14 -

57.  Photograph of police activity at June 17, 1989, demonstration.

58.  Photograph of police activity at June 17, 1989, demonstration.

59.  Photograph of police activity at June 17, 1989, demonstration.

60.  Photograph of police activity at June 17, 1989, demonstration.

61.  Photograph of police activity at June 17, 1989, demonstration.

62.  Photograph of police activity at June 17, 1989, demonstration.

**Objection: 55-62.  Immaterial and irrelevant absent testimony by a plaintiff that photo depicts him/her and that scene was witnessed by Chief McCue.**

63.  Affidavit of Donald J. Abruzzo (if witness is unavailable)

64.  Affidavit of Kenneth G. Arndt (if witness is unavailable)

65.  Affidavit of Mario J. Branciforte (if witness is unavailable)

66.  Affidavit of Paul Brooks (if witness is unavailable)

67.  Affidavit of Gregory A. Byrnes (if witness is unavailable)

68.  Affidavit of Ines Casademont (if witness is unavailable)

69.  Affidavit of Jennifer K. Clarke (if witness is unavailable)

70.  Affidavit of David Collart (if witness is unavailable)

71.  Affidavit of Robert E. Cooley (if witness is unavailable)

72.  Affidavit of Nona Croke (if witness is unavailable)

73.  Affidavit of David K. Eldredge (if witness is unavailable)

74.  Affidavit of Darlene Esip (if witness is unavailable)
75.  Affidavit of John Graney (if witness is unavailable)

- 15 -

76.  Affidavit of John Grant (if witness is unavailable)

77.  Affidavit of Charles Hattenburg (if witness is unavailable)

78.  Affidavit of Catherine A. Jersey (if witness is unavailable)

79.  Affidavit of Anne Kiernan (if witness is unavailable)

80.  Affidavit of Robert C. Lacy (if witness is unavailable)

81.  Affidavit of John C. Lambert (if witness is unavailable)

82.  Affidavit of Nancy Lee (if witness is unavailable)

83.  Affidavit of Joan K. Lempka (if witness is unavailable)

84.  Affidavit of Jean Marshall (if witness is unavailable)

85.  Affidavit of Rose Mysiuk (if witness is unavailable)

86.  Affidavit of Nancy Nearen (if witness is unavailable)

87.  Affidavit of Barbara Dale O'Leary (if witness is unavailable)

88.  Affidavit of Brian Phaneuf (if witness is unavailable)

89.  Affidavit of Susan Piccolo (if witness is unavailable)

90.  Affidavit of Mark Reardon (if witness is unavailable)

91.  Affidavit of Frances Shipley (if witness is unavailable)

92.  Affidavit of Edward E. Szymkowiak (if witness is unavailable)

93.  Affidavit of Carmela Versella (if witness is unavailable)

94.  Affidavit of Daniel vonBergen (if witness is unavailable)

95.  Affidavit of Henry Way (if witness is unavailable)

96.  Affidavit of Nancy Welz (if witness is unavailable)

97.  Affidavit of Mary Winterroth (if witness is unavailable)

97.  Affidavit of Joseph Zdonczyk (if witness is unavailable)

**Objection 63-97.  Inadmissible absent a showing of witness unavailability; immaterial and irrelevant; not based on personal knowledge; includes inadmissible hearsay; authenticity.**

98.  Letter from McCue to Pressamari (April 7, 1989)

99.  Press Release by Jean Pollock

**Objection.  Immaterial, irrelevant.**

100.  Letter from Alair to Pollock (April 5, 1989)

101.  Letter from Migliaro to Chief of Police

102.  Letter from McCue to Migliaro

103.  Medical records of plaintiff Brady

**Objection 100-103.  Immaterial, irrelevant, contains hearsay.**

104.  Affidavit of Hjalmar Syversen (if witness is unavailable)

**Objection.  Inadmissible absent a showing of witness unavailability; immaterial and irrelevant; not based on personal knowledge; includes inadmissible hearsay; authenticity.**

105.  McCue press release issued April 20, 1989

## V.     WITNESSES

1.   Plaintiff William E. Waugh will testify concerning all allegations in the complaint, including his own injuries and his observations at both demonstrations.

2.   Plaintiff Suzanne C. Verdi will testify concerning all allegations in the complaint, including her own injuries and her observations at both demonstrations.

3.   Plaintiff Eleanor Brady will testify concerning all allegations in the complaint, including her own injuries and her observations at both demonstrations.

4.   Plaintiff Edward Dombroski will testify concerning all allegations in the complaint, including his own injuries and his observations at both demonstrations.

5.   Plaintiff Harry Ong will testify concerning all allegations in the complaint, including his own injuries and his observations at both demonstrations.

6.   Margaret Abruzzo will testify concerning police behavior at the April 1, 1989, demonstration.

7.   Patrick G. Alair will testify concerning the knowledge of West Hartford officials and the municipal responses to information concerning police misconduct.

8.   Mary Alexander will testify concerning police behavior at the June 17, 1989, demonstration.

9.   Eric Anthony will testify concerning police behavior at the June 17, 1989, demonstration.

10.  Kenneth E. Arndt will testify concerning police behavior at the June 17, 1989, demonstration.

11.  Lianne Azevevo will testify concerning police behavior at the April 1, 1989, demonstration.

12.  Eileen Rose Bakker will testify concerning police behavior at the June 17, 1989, demonstration.

13.  Frank Barnes will testify concerning police behavior at the June 17, 1989, demonstration.

14.  Timothy D. Barnes will testify concerning police behavior at the June 17, 1989, demonstration

15.  Gayle Beer will testify concerning police behavior at the April 1, 1989, demonstration.

16.  Michelle Beer will testify concerning police behavior at the April 1, 1989, demonstration.

17.  Gregory Benoit will testify concerning police behavior at the April 1, 1989, demonstration.

18.  Connie Bennett will testify concerning police behavior at the April 1, 1989, demonstration.

19.  Dorothy Black will testify concerning police behavior at the June 17, 1989, demonstration.

20.  Gail Blair will testify concerning police behavior at the June 17, 1989, demonstration.

21.  Kevin Blake will testify concerning police behavior at the June 17, 1989, demonstration.

22.  R. Anne Bolsanger will testify concerning police behavior at the April 1, 1989, demonstration.

23.  Louis Bonitto will testify concerning police behavior at the June 17, 1989, demonstration.

24.  Stephen Braddock will testify concerning police behavior at the June 17, 1989, demonstration.

25.  Mario Branciaforte will testify concerning police behavior at the June 17, 1989, demonstration.

26.  Cyrus Brewster will testify concerning police behavior at the April 1, 1989, demonstration.

27.  Paul Brooks will testify concerning police behavior at the June 17, 1989, demonstration.

28.  Gregory Byrnes will testify concerning police behavior at the June 17, 1989, demonstration.

29.  Ines Casademont will testify concerning police behavior at the June 17, 1989, demonstration and communications to and actions and statements by

Chief McCue.

30.  Joseph Cavalleri will testify concerning police behavior at the June 17, 1989, demonstration.

31.  Sheila Chase will testify concerning police behavior at the June 17, 1989, demonstration.

32.  Jennifer Clarke will testify concerning police behavior at the April 1, 1989, demonstration.

33.  David Collart will testify concerning police behavior at the June 17, 1989, demonstration.

34.  Robert E. Cooley will testify concerning police behavior at the April 1, 1989, demonstration.

35.  Bruce Cooper will testify concerning police behavior at the June 17, 1989, demonstration.

36.  William P. Cotter will testify concerning police behavior at the June 17, 1989, demonstration.

37.  Nona Croke will testify concerning police behavior at the June 17, 1989, demonstration.

38.  Donna Cullinen will testify concerning police behavior at the June 17, 1989, demonstration.

39. Jane M. Cuttita will testify concerning police behavior at both demonstrations.

40. Dorothy K. Daly will testify concerning police behavior at the April 1, 1989, demonstration.

41. Joseph E. Daly will testify concerning police behavior at the April 1, 1989, demonstration.

42. Lawrence Dolan will testify concerning police behavior at the April 1, 1989, demonstration.

43. Paul Dooley will testify concerning police behavior at the June 17, 1989, demonstration.

44. William Draghi will testify concerning police behavior at the June 17, 1989, demonstration.

45. Thomas V. Dunleh will testify concerning police behavior at the April 1, 1989, demonstration.

46. David K. Eldredge will testify concerning police behavior at the June 17, 1989, demonstration.

47. Douglas Elliott will testify concerning police behavior at the April 1, 1989, demonstration.

48. Darlene Esip will testify concerning police behavior at the June 17, 1989, demonstration.

49. Craig C. Foreman will testify concerning police behavior at the April 1, 1989, demonstration.

50. Bernard Walter Frey will testify concerning police behavior at the April 1, 1989, demonstration.

51. E. James Gannon will testify concerning police behavior at the June 17, 1989, demonstration.

52. Henry James Garner will testify concerning police behavior at the April 1, 1989, demonstration.

53. Dean Gavaris will testify concerning police behavior at the June 17, 1989, demonstration.

54. Amy R. Gelinas will testify concerning police behavior at the April 1, 1989, demonstration.

55. Jack Geoghegan will testify concerning police behavior at both demonstrations and the injuries inflicted upon demonstrators.

56. Nancy Geyer will testify concerning police behavior at the June 17, 1989, demonstration.

57. Vincanza Giannelli will testify concerning police behavior at the April 1, 1989, demonstration.

58. John Graney will testify concerning police behavior at the June 17, 1989, demonstration.

59.  John C. Grant will testify concerning police behavior at both demonstrations.

60.  Gary J. Gravino will testify concerning police behavior at the April 1, 1989, demonstration.

61.  Edward Greene will testify concerning police behavior at the June 17, 1989, demonstration.

62.  Maxine Gridi will testify concerning police behavior at the June 17, 1989, demonstration.

63.  Mary Eileen Haggerty will testify concerning police behavior at the June 17, 1989, demonstration.

64.  Delia L. Hasbrouck will testify concerning police behavior at the April 1, 1989, demonstration.

65.  Charles Hattenburg will testify concerning police behavior at the June 17, 1989, demonstration.

66.  Peter E. Hauber will testify concerning police behavior at the April 1, 1989, demonstration.

67.  John P. Higgins will testify concerning police behavior at the April 1, 1989, demonstration.

68.  Diane Holland will testify concerning police behavior at the June 17, 1989, demonstration.

69.  Joseph Hook will testify concerning police behavior at the April 1, 1989, demonstration.

70.  Kathleen Hook will testify concerning police behavior at the April 1, 1989, demonstration.

71.  Francis Hynes will testify concerning police behavior at the June 17, 1989, demonstration.

72.  Catherine Alice Jersey will testify concerning police behavior at both demonstrations.

73.  Robert Kelly will testify concerning police behavior at the June 17, 1989, demonstration.

74.  Anne Kiernan will testify concerning police behavior at the June 17, 1989, demonstration.

75.  Deborah C. Kissane will testify concerning police behavior at the April 1, 1989, demonstration.

76.  John Kissane will testify concerning police behavior at the June 17, 1989, demonstration.

77.  John Kladde will testify concerning police behavior at both demonstrations and concerning the knowledge and actions of Chief McCue.

78.  William Koehler will testify concerning police behavior at the June 17, 1989, demonstration.

79.  Robert C. Lacy will testify concerning police behavior at the June 17, 1989, demonstration.

80.  John Lambert will testify concerning police behavior at the April 1, 1989, demonstration.

81.  Stephen Lang will testify concerning police behavior at the June 17, 1989, demonstration.

82.  Ernest Norman Lapre will testify concerning police behavior at the April 1, 1989, demonstration.

83.  Ronald H. LaTraverse will testify concerning police behavior at the April 1, 1989, demonstration.

84.  Lillian A. Laughlin will testify concerning police behavior at the June 17, 1989, demonstration.

85.  Nancy Lee will testify concerning police behavior at the June 17, 1989, demonstration.

86.  Gerald B. Lehmann will testify concerning police behavior at the April 1, 1989, demonstration.

87.  John K. Lempka will testify concerning police behavior at the April 1, 1989, demonstration.

88.  Vincent P. Lewis will testify concerning police behavior at the April 1, 1989, demonstration.

89.  Donald Logan will testify concerning police behavior at the June 17, 1989, demonstration.

90.  George E. Lynch will testify concerning police behavior at both demonstrations.

91.  Angela Maher will testify concerning police behavior at the June 17, 1989, demonstration.

92.  Charles E. Marqua will testify concerning police behavior at the April 1, 1989, demonstration.

93.  Jean Marshall will testify concerning police behavior at the June 17, 1989, demonstration.

94.  Paulette Marshall will testify concerning police behavior at the June 17, 1989, demonstration.

95.  Tom A. Martinsen will testify concerning police behavior at both demonstrations.

96.  Kathleen Anne Maynard will testify concerning police behavior at the April 1, 1989, demonstration.

97.  John McCarthy will testify concerning police behavior at the June 17, 1989, demonstration.

98.  Robert R. McCue will identify documents and other exhibits and will describe information furnished to him and his own acts and statements.

99.  Stephen J. McManus will testify concerning police behavior at the June 17, 1989, demonstration.

100.  Luis Menchaca will testify concerning police behavior at the June 17, 1989, demonstration.

101.  Thomas C. Mercaldo will testify concerning police behavior at both demonstrations.

102.  Gene Migliaro will testify concerning his complaints to the Chief of Police regarding police misconduct on April 1, 1989, and the response of Chief McCue.  He also will identify documents.

103.  Patricia R. Milbee will testify concerning police behavior at the June 17, 1989, demonstration.

104.  Paul G. Milbee will testify concerning police behavior at the June 17, 1989, demonstration.

105.  Olga J. Millette will testify concerning police behavior at the April 1, 1989, demonstration.

106.  Barbara Ann Monfils will testify concerning police behavior at both demonstrations.

107.  Bruce Murch will testify concerning police behavior at the June 17, 1989, demonstration.

108.  John Murphy will testify concerning police behavior at the June 17, 1989, demonstration.

109.  Rose Mysiuk will testify concerning police behavior at the June 17, 1989, demonstration.

110.  Nancy Nearen will testify concerning police behavior at the June 17, 1989, demonstration.

111.  Ira Neustadt will testify concerning the injuries of the plaintiff Waugh.

112.  Barbara Dale O'Leary will testify concerning police behavior at the June 17, 1989, demonstration.

113.  Deborah Padova will testify concerning police behavior at the June 17, 1989, demonstration.

114.  Allen Paradie will testify concerning police behavior at the June 17, 1989, demonstration.

115.  Orin Paul will testify concerning police behavior at the June 17, 1989, demonstration.

116.  David Pavano will testify concerning police behavior at the June 17, 1989, demonstration and will authenticate photographs.

117.  Brian Phaneuf will testify concerning police behavior at the June 17, 1989, demonstration.

118.  Susan Piccolo will testify concerning police behavior at the April 1, 1989, demonstration.

119.  Faith Pinzino will testify concerning police behavior at the June 17, 1989, demonstration.

120.  Jean Pollock will testify concerning police behavior at the April 1, 1989, demonstration, her complaints to city officials concerning same, and their response. She also will identify exhibits.

121.  Lynda Pratt will testify concerning police behavior at the April 1, 1989, demonstration.

122.  Maryann Pressamanta will testify concerning police behavior at the April 1, 1989, demonstration, he complaints regarding same, and the defendant's response. She also will identify documents.

123.  Matthew B. Reagan will testify concerning police behavior at the April 1, 1989, demonstration.

124.  Mark Reardon will testify concerning police behavior at the June 17, 1989, demonstration.

125.  Spencer Richland will testify concerning police behavior at the June 17, 1989, demonstration.

126.  Daniel I. Rosenblit will testify concerning police behavior at the April 1, 1989, demonstration.

127.  Irene Roy will testify concerning police behavior at the June 17, 1989, demonstration.

128.  Towney Sausville will testify concerning police behavior at the June 17, 1989, demonstration.

129.  Phyllis E. Selby will testify concerning police behavior at the April 1, 1989, demonstration.

130.  Frances Shipley will testify concerning police behavior at the June 17, 1989, demonstration.

131.  Michael J. Sittarck will testify concerning police behavior at the April 1, 1989, demonstration.

132.  Richard N. Staires will testify concerning police behavior at the April 1, 1989, demonstration.

133.  Joseph Stanton will testify concerning rampant police brutality at the June 17, 1989, demonstration.

134.  Thomas Storti will testify concerning police behavior at the June 17, 1989, demonstration.

135.  Dag P. Syversen will testify concerning police behavior at the April 1, 1989, demonstration.

136.  Hjalmar Syverson will testify concerning police behavior at both demonstrations and interactions with Chief McCue.

137.  Frederick Szczesniak will testify concerning police behavior at the June 17, 1989, demonstration.

138.  Edward E. Szymkowiak will testify concerning police behavior at the June 17, 1989, demonstration.

139.  Paul Tanguay will testify concerning police behavior at the June 17, 1989, demonstration.

140.  Dolores M. Teleski will testify concerning police behavior at the April 1, 1989, demonstration.

141.  Linda Thayer will testify concerning rampant police brutality at the June 17, 1989, demonstration.

142.  Michael Tulloch will testify concerning police behavior at the June 17, 1989, demonstration.

143.  Jan Kirk Van der Swaagh will testify concerning police behavior at the June 17, 1989, demonstration.

144.  Carmela Versella will testify concerning police behavior at the June 17, 1989, demonstration.

145.  Dorothy Vining will testify concerning police behavior at the June 17, 1989, demonstration.

146.  Daniel vonBergen will testify concerning police behavior at the June 17, 1989, demonstration.

147.  Robert Walsh will testify concerning police behavior at the June 17, 1989, demonstration.

148.  William Walsh will testify concerning police behavior at the June 17, 1989, demonstration.

149.  Henry M. Way will testify concerning police behavior at the April 1, 1989, demonstration.

150.  Melissa J. Weese will testify concerning police behavior at the April 1, 1989, demonstration.

151.  Nancy Welz will testify concerning police behavior at the June 17, 1989, demonstration.

152.  Norman Weslin will testify concerning police behavior at the June 17, 1989, demonstration.

153.  Mary Winterroth will testify concerning police behavior at the June 17, 1989, demonstration.

154.  John Wood will testify concerning police behavior at the June 17, 1989, demonstration.

155.  Joseph A. Zdonczyk will testify concerning police behavior at the April 1, 1989, demonstration.

156.  Shirley W. Zebzda will testify concerning police behavior at the April 1, 1989, demonstration.

**General objection: 1-156.** **All proposed testimony relating to police conduct directed to any individual other than the plaintiffs and personally witnessed by Chief McCue is inadmissible as immaterial and irrelevant to the issues to be tried. Therefore, all proposed testimony as to "observations" of the events of April 1 and June 17, 1989 is objected to.  Defendant also objects to the extent plaintiffs propose to elicit opinion testimony from any listed witness regarding acceptable standards of law enforcement supervision, practices and techniques.**

## VI.    EVIDENCE LIKELY TO BE DISPUTED

### A.    PLAINTIFFS

Unknown at this time.

### B.    DEFENDANTS

Defendant intends to dispute all testimony or evidence relating to police conduct at either demonstration absent a preliminary showing that such conduct was personally witnessed by Chief McCue.  Defendant also will dispute the introduction of all testimony or evidence relating to medical treatment and/or expenses that was not the subject of a Rule 26(a) disclosure.

DEFENDANT, TOWN OF WEST HARTFORD

BY_____

Nicole D. Dorman
Federal Bar No.: ct07030
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
ndorman@sackspec.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid,

this 19th day of May, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
Nicole D. Dorman