1989;

Q.    Police Photograph, Harry Ong, April 1, 1989;

R.    Videotape 1 @ 38:20 depicting Suzanne Verdi, April 1, 1989;

S.    Videotape 2 @ 12:05 depicting Suzanne Verdi, April 1, 1989;

T.    Police Photograph, Suzanne Verdi, April 1, 1989;

U.    Arrest Processing Sheet, Suzanne Verdi, April 1, 1989;

V.    Videotape 1 @ 14:40 depicting William Waugh, April 1, 1989;

W.    Police photograph, William Waugh, April 1, 1989;

X.    Arrest Processing Sheet, William Waugh, April 1, 1989;

Y.    Photographs (2) depicting William Waugh, April 1, 1989;

Z.    Videotape 9 depicting Eleanor Brady, June 17, 1989;

AA.    Police photograph, Eleanor Brady, June 17, 1989;

BB.    Videotape 9 @ 57:30 depicting Edward Dombroski, June 17, 1989;

CC.    Videotape 11 @ 1:11:55 depicting plaintiff, Edward Dombroski, June 17, 1989;

- 13 -

DD.   Police photograph, Edward Dombroski, June 17, 1989;

EE.   Videotape 4 @ 10:45 depicting Harry Ong, June 17, 1989;

FF.   Videotape 7 @ 22:15 depicting Harry Ong, June 17, 1989;

GG.   Police Photograph, Harry Ong, June 17, 1989;

HH.   Videotape 4 @ 34:15 depicting Suzanne Verdi, June 17, 1989;

II.   Videotape 7 depicting Suzanne Verdi, June 17, 1989;

JJ.   Videotape 9 @ 1:27:25 depicting Suzanne Verdi, June 17, 1989;

KK.   Police Photograph, Suzanne Verdi, June 17, 1989;

LL.   Arrest Processing Sheet, Suzanne Verdi, June 17, 1989;

MM.   Photograph depicting Suzanne Verdi, June 17, 1989

NN.   Videotape 4, @ 52:10 depicting William Waugh, June 17, 1989;

OO.   Police Photograph, William Waugh, June 17, 1989.

- 14 -

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

## 5.    PROPOSED WITNESSES

1.    **Robert McCue**.  Mr. McCue is expected to testify as to the incidents of April 1, 1989 and June 17, 1989 during which the plaintiffs were arrested.

2.    **James Strillacci**.  Mr. Strillaci is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

3.    **Stephen Johnson**.  Mr. Johnson is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

4.    **Carl Rosensweig**.  Mr. Rosensweig is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.  In particular, he will testify as to the arrest of William Waugh on April 1, 1989.

5.    **Dana Hallenbeck**.  Mr. Hallenbeck is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.  In particular, he will testify as to the arrest of William Waugh on April 1, 1989.

- 15 -

6.   **Ken Miller**.   Mr. Miller is expected to testify as to transport of William Waugh to UCONN Health Center for treatment on April 2, 1989.

7.   **William Wallace**.   Mr. Wallace is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.  In particular, he will testify as to the arrests of William Waugh, Eleanor Brady, Suzanne Verdi and Edward Dombroski on April 1, 1989.

8.   **Richard Aniolowski**- Mr. Aniolowski is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.  In particular, he will testify as to the arrest of William Waugh on June 17, 1989.

9.   **J. Zeller**.   Mr. Zeller will testify as to the arrest of the plaintiffs on April 1, 1989 and June 17, 1989 and also as to William Waugh's claims of injuries after his arrest on June 17, 1989.

10.   **John P. Silano**.   Mr. Silano will is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.  In particular, he will testify as to the arrests of

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

William Waugh, Eleanor Brady, Suzanne Verdi, Edward Dombroski and Harry Ong on June 17, 1989.

11.  **Michael O'Connor**.  Mr. O'Connor is expected to testify as to the detention of plaintiffs, in particular Suzanne Verdi, following her June 17, 1989 arrest.

12.  **Joseph Benacquisto**.  Mr. Benacquisto is expected to testify as to the arrests, processing and transport of the plaintiffs on June 17, 1989.

13.  **Stephen Looby**.  Mr. Looby is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

14.  **Captain Gustafson**.  Mr. Gustafson is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

15.  **Lori Tyler**.  Ms. Tyler is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

16.  **Greg Brigandi**.  Mr. Brigandi is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

- 17 -

17.  **John Pozniak**.  Mr. Pozniak is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

18.  **D. Donaldson**.  Mr. Donaldson is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

19.  **Dean Kulpanowski**.  Mr. Kulpanowski is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

20.  **Jeff Getz**.  Mr. Getz is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

21.  **Dennis Covini**.  Mr. Covini is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

22.  **Michael Fusco**.  Mr. Fusco is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

23.  **Mark Bassos**.  Mr. Bassos is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

- 18 -

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

24. **Maritza St. Jacques**. Ms. St. Jacques is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

25. **Jeffrey Garewski**. Mr. Garewski is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

26. **Kenneth Rider**. Mr. Rider is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

27. **Chris St. Jacques**. Mr. St. Jacques is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

28. **Thomas Dougherty**. Mr. Dougherty is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

29. **Officer Goodwin**. Mr. Goodwin is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

30. **Officer Neiderhorfer**. Mr. Neiderhorfer is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

- 19 -

31. **Art Fox**. Mr. Fox is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

32. **Stan Sliva**. Mr. Sliva is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

33. **Harold Gay**. Mr. Gay is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

34. **Edward Furstein.** Mr. Furstein is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

35. **Officer Mugford.** Mr. Mugford is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

36. **John Banan.** Mr. Banan is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

37. **J. Glaude.** Mr. Glaude is expected to testify as to the April 1, 1989 and June 17, 1989 arrests of the plaintiffs.

**6.** Defendants do not anticipate evidential disputes as to their proposed evidence.

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544• (860) 233-8251 •JURIS NO. 52776

DEFENDANT, TOWN OF WEST
HARTFORD


BY _____
Nicole D. Dorman
Federal Bar No.: ct07030
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
ndorman@sackspec.com


- 21 -

**Basis for Federal Jurisdiction**

The basis for the court's subject matter jurisdiction is Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

**Nature of the Action and Relief Requested**

This is an action against a municipality for inflicting unreasonable force upon each of the plaintiffs in violation of the Fourth Amendment.  The relief sought is compensatory damages.

**Statement in lieu of Opening Statement**

The plaintiffs in this case were among a group of citizens who engaged in sit-ins on two occasions in 1989 at and inside the Summit Women's Center in West Hartford, a clinic where abortions were performed.  The plaintiffs contend that the City of West Hartford had a policy of using unreasonable force while arresting demonstrators such as they and that, as a result, they were injured in violation of their rights under the Fourth Amendment to the United States Constitution, which prohibits the use of unreasonable force in the course of otherwise lawful arrests.

THE PLAINTIFFS

BY:

JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Their Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Scott Karsten at Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119-1544.

JOHN R. WILLIAMS