United States District Court
District of Connecticut
FILED AT   NEW HAVEN
June 1, 2004
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AMNESTY AMERICA, et al.,  :  NO. 2:92CV00214(PCD)
    Plaintiffs,

vs.

TOWN OF WEST HARTFORD,  :  JUNE 1, 2004
    Defendant.

### DEFENDANT'S MOTION IN LIMINE
### RE: PLAINTIFF'S CLAIMS OF INJURY AND DAMAGES

Pursuant to Federal Rule of Civil Procedure 37(c)(1), defendant Town of West Hartford respectfully moves to preclude introduction by plaintiffs of certain evidence, testimony or argument relating to their claims of injury, treatment and/or damages for the reason that plaintiffs failed to disclose medical records and/or bills documenting such treatment and expenses in response to defendants' discovery requests seeking such information.

As an initial consideration, defendant objects to any and all proposed testimony by any of the plaintiffs regarding medical conditions and subjects, except as specifically permitted by Federal Rule of Evidence 803(3).

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221• WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776

In addition, plaintiff William Waugh disclosed no bills or other evidence relating to his claimed medical treatment.

No records of treatment or bills from Dr. Loomis were provided by Eleanor Brady. While records of Dr. Sridaran were provided, no bills or statements of charges for such treatment have been produced.

In accordance with Rule 37(c), a party that fails to disclose information required by Rule 26(a) or to amend a response pursuant to Rule 26(e)(2) is not permitted to use as evidence at trial such undisclosed information. Information and documentation relating to claimed injuries and treatment must be disclosed pursuant to Rule 26(a). These plaintiffs must therefore be barred from introducing or referring to the above referenced information at trial.

DEFENDANT, TOWN OF WEST HARTFORD

BY /s/ Nicole D. Dorman
Nicole D. Dorman
Federal Bar No.: ct07030
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
ndorman@sackspec.com

### CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered and mailed, postage prepaid, this 1st day of June, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
Nicole D. Dorman