United States District Court
District of Connecticut
FILED AT    NEW HAVEN
June 1, 2004
Kevin F. Rowe, Clerk
By: P. A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AMNESTY AMERICA, et al.,  :  NO. 2:92CV00214(PCD)
    Plaintiffs,

vs.

TOWN OF WEST HARTFORD,  :  JUNE 1, 2004
    Defendant.

### DEFENDANT'S MOTION IN LIMINE RE: EVIDENCE IN SUPPORT OF PLAINTIFFS' CLAIM OF MUNICIPAL LIABILITY

Defendant Town of West Hartford respectfully moves to preclude introduction by plaintiffs of any evidence of police conduct directed toward persons other than the plaintiffs absent a preliminary showing that the alleged conduct was witnessed by Chief McCue or was the subject of a complaint that was not investigated.

As set forth in the accompanying memorandum of law, without this requisite preliminary showing, all testimony and evidence relating to officers' alleged behavior is simply irrelevant to the determination of whether the Town can be liable in this case. Moreover, admission of such evidence would be unfairly prejudicial to this defendant.

WHEREFORE, defendant moves that its motion be granted.

```
                              DEFENDANT, TOWN OF WEST
                              HARTFORD


                         BY  /s/ Nicole D. Dorman
                             ─────────────────────────
                             Nicole D. Dorman
                             Federal Bar No.: ct07030
                             Sack, Spector & Karsten
                             836 Farmington Avenue
                             West Hartford, CT 06119
                             ndorman@sackspec.com
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered, this 1st day of June, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

```
                             /s/ Nicole D. Dorman
                             ─────────────────────────
                             Nicole D. Dorman
```

- 2 -