UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. WAUGH,<br>SUZANNE C. VERDI, R.N.,<br>ELEANOR BRADY,<br>EDWARD DOMBROSKI and<br>HARRY ONG | :<br>:<br>: NO. 2:92CV214(PCD)<br>:<br>: |
| VS. | : |
| TOWN OF WEST HARTFORD | : MAY 28, 2004 |

## PLAINTIFFS' PROPOSED VERDICT FORM

I   CLAIMS OF WILLIAM E. WAUGH:

1. Has the plaintiff William E. Waugh proved that he was the victim of unreasonable force committed by one or more West Hartford police officers on April 1, 1989?

    Yes _____    No _____

2. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Mr. Waugh's rights on April 1, 1989?

    Yes _____    No _____

3. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff William E. Waugh for injuries sustained

on April 1, 1989?

$\underline{\hspace{3cm}}

4. Has the plaintiff William E. Waugh proved that he was the victim of unreasonable force committed by one or more West Hartford police officers on June 17, 1989?

Yes _____    No _____

5. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Mr. Waugh's rights on June 17, 1989?

Yes _____    No _____

6. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff William E. Waugh for injuries sustained on June 17, 1989?

$\underline{\hspace{3cm}}

II    CLAIMS OF SUZANNE C. VERDI, R.N.:

1. Has the plaintiff Suzanne C. Verdi proved that she was the victim of unreasonable force committed by one or more West Hartford police officers on April 1, 1989?

Yes _____    No _____

2. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Ms. Verdi's rights on April 1, 1989?

Yes _____        No _____

3. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff Suzanne C. Verdi for injuries sustained on April 1, 1989?

$_____

4. Has the plaintiff Suzanne C. Verdi proved that she was the victim of unreasonable force committed by one or more West Hartford police officers on June 17, 1989?

Yes _____        No _____

5. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Ms Verdi's rights on June 17, 1989?

Yes _____        No _____

6. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff Suzanne C. Verdi for injuries sustained on June 17, 1989?

$_____

III  CLAIMS OF ELEANOR BRADY:

1. Has the plaintiff Eleanor Brady proved that she was the victim of unreasonable force committed by one or more West Hartford police officers on April 1, 1989?

        Yes _____        No _____

2. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Ms. Brady's rights on April 1, 1989?

        Yes _____        No _____

3. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff Eleanor Brady for injuries sustained on April 1, 1989?

        $_____

4. Has the plaintiff Eleanor Brady proved that she was the victim of unreasonable force committed by one or more West Hartford police officers on June 17, 1989?

        Yes _____        No _____

5. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Ms. Brady's rights on June 17, 1989?

        Yes _____        No _____

6. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff Eleanor Brady for injuries sustained on June 17, 1989?

$ _____

IV   CLAIMS OF EDWARD DOMBROSKI:

1. Has the plaintiff Edward Dombroski proved that he was the victim of unreasonable force committed by one or more West Hartford police officers on April 1, 1989?

Yes _____     No _____

2. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Mr. Dombroski's rights on April 1, 1989?

Yes _____     No _____

3. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff Edward Dombroski for injuries sustained on April 1, 1989?

$ _____

4. Has the plaintiff Edward Dombroski proved that he was the victim of unreasonable force committed by one or more West Hartford police officers on June 17, 1989?

Yes _____     No _____

5. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Mr. Dombroski's rights on June 17, 1989?

Yes _____          No _____

6. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff Edward Dombroski for injuries sustained on June 17, 1989?

$_____

V   CLAIMS OF HARRY ONG:

1. Has the plaintiff Harry Ong proved that he was the victim of unreasonable force committed by one or more West Hartford police officers on April 1, 1989?

Yes _____          No _____

2. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Mr. Ong's rights on April 1, 1989?

Yes _____          No _____

3. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff Harry Ong for injuries sustained on April 1, 1989?

$_____

4. Has the plaintiff Harry Ong proved that he was the victim of unreasonable force committed by one or more West Hartford police officers on June 17, 1989?

Yes _____     No _____

5. If your answer is "yes," and keeping in mind the court's instructions on municipal liability, was the Town of West Hartford responsible for the violation of Mr. Ong's rights on June 17, 1989?

Yes _____     No _____

6. If you have answered "yes" to both of the two previous questions, what amount of damages do you award the plaintiff Harry Ong for injuries sustained on June 17, 1989?

$_____

THE PLAINTIFFS

BY: _/s/ John R. Williams_
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Their Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was electronically mailed to Attorney Scott Karsten Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119-1544.

_____
JOHN R. WILLIAMS