

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMNESTY AMERICA, et al., | : | NO. 2:92CV00214(PCD) |
| Plaintiffs, | | |
| vs. | | |
| TOWN OF WEST HARTFORD, | : | JUNE 8, 2004 |
| Defendant. | | |

### DEFENDANT'S SUPPLEMENTAL REQUESTS FOR JURY INSTRUCTIONS

Pursuant to Federal Rule of Civil Procedure 51, defendant Town of West Hartford in the above-captioned matter hereby respectfully supplements its requests for jury instructions as attached.

                                      DEFENDANT, TOWN OF WEST
                                      HARTFORD

                                      BY_____
                                      Nicole D. Dorman
                                      Federal Bar No.: ct07030
                                      Sack, Spector & Karsten
                                      836 Farmington Avenue
                                      West Hartford, CT 06119
                                      ndorman@sackspec.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered and/or mailed, postage prepaid, this 8th day of June, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Nicole D. Dorman

- 2 -

## **CONNECTICUT GENERAL STATUTES SECTION 7-108**

In considering the circumstances with which the officers were confronted, you may consider their duty to protect persons and property in the vicinity of Summit Women's Center at the time of the protests. Connecticut General Statutes Section 7-108 provides that a municipality is liable for injuries caused by an act of violence of any person or persons while a member of, or acting in concert with, any mob, riotous assembly or assembly of persons engaged in disturbing the public peace, if the municipality or its police or other proper authorities have not exercised reasonable care or diligence in the prevention or suppression of such mob, riotous assembly or assembly engage in disturbing the public peace.

A "mob" is an assembly of people defying the law. A "mob" is an assemblage of persons excited or incited to action, having thrown restraint to the winds, reckless and headlong in their unlawful designs, determined to brook no opposition to their common purpose, and ordinarily characterized by noisy and riotous disturbance of the public peace and order.

A "riotous assembly" is a disturbance of the peace by three or more people who execute an act, legal or illegal, in a violent and turbulent manner.

An "assembly engaged in disturbing the public peace" is a disturbance in which two or more persons act in concert to disturb the public peace.

C.G.S. § 7-108

Sestito v. Groton, 178 Conn. 520, 524-25 (1979)

Barbour Package Store, Inc. v. Hartford, 30 Conn. Supp. 64 (1972)

Maus v. City of Salina, 154 Kan. 38, 114 P.2d 808, 810 (1941)

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776