# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
JUN 9 10 46 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

AMNESTY AMERICA, ET AL     :

-vs-     :     Civil No. 2:92 cv 214 (PCD)

TOWN OF WEST HARTFORD     :

### ENDORSEMENT ORDER

Defendant's motion in Limine Re: Plaintiffs' Claims of Injury and Damage (Doc. #151) is hereby DENIED as moot in absence of intention to offer evidence objected to.

SO ORDERED.

Dated at New Haven, Connecticut, June 8, 2004.

_____
Peter C. Dorsey, Senior
United States District Judge