# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

AMNESTY AMERICA, ET AL          :
                                :
   -vs-                         :          Civil No. 2:92 cv 214 (PCD)
                                :
TOWN OF WEST HARTFORD           :

## ENDORSEMENT ORDER

      Defendant's motion in Limine Re: Evidence in Support of Plaintiffs' Claim of Municipal Liability (Doc. #152) is hereby GRANTED, for the reasons stated in open court on June 7, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, June 8, 2004.

/s/ _____
Peter C. Dorsey, Senior
United States District Judge