United States District Court
District of Connecticut
FILED AT       NEW HAVEN
June 1,                    2004
David S. [illegible], Clerk
By P. A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AMNESTY AMERICA, et al.,   :   NO. 2:92CV00214(PCD)
    Plaintiffs,

vs.

TOWN OF WEST HARTFORD,   :   JUNE 1, 2004
    Defendant.

### WRITTEN STATEMENT IN LIEU OF OPENING STATEMENT

The undersigned counsel respectfully requests that the Court read the attached written statement in lieu of an opening statement to the jury.

DEFENDANT, TOWN OF WEST HARTFORD

BY /s/ Scott M. Karsten
Scott M. Karsten
Federal Bar No.: ct05277
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
skarsten@sackspec.com

This case has been brought by five individual plaintiffs against the Town of West Hartford for alleged excessive force by police officers during anti-abortion protests on April 1, 1989 and June 17, 1989. Specifically, plaintiffs' claim that the Town of West Hartford, acting through its police chief, was deliberately indifferent to the alleged use of force by its police officers, with the result that these plaintiffs themselves suffered injury and damages from the use of excessive force.

Defendant denies that the police officers responding to these protests used excessive force; denies that its police chief was aware at any time that excessive force was being used by any police officer; denies that it was deliberately indifferent to any such use of excessive force; and denies that these plaintiffs were injured as a result of excessive force by a West Hartford police officer.

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered and/or mailed, postage prepaid, this 1st day of June, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Patrick G. Alair, Esquire
Office of the Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_Scott M. Karsten_
Scott M. Karsten