# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

ELEANOR BRADY, EDWARD     :
DOMBROSKI, HARRY M. ONG,    :
SUZANNE C. VERDI, AND      :
WILLIAM E. WAUGH,       :
    *Plaintiffs*,        :
             :
v.             : Civ. No. 2:92cv214(PCD)
             :
TOWN OF WEST HARTFORD,     :
    *Defendant*.       :

## VERDICT FORM

## I.   Liability

**A1.**   Has any Plaintiff proven, by a preponderance of the evidence, that he or she was subjected to excessive/unreasonable force by one of more of the Town of West Hartford police officers when arrested at one or both of the demonstrations at Summit Women's Center?

| | **April 1, 1989** | **June 17, 1989** |
|---|---|---|
| Eleanor Brady | Yes___ No _✓_ | Yes___ No _✓_ |
| Edward Dombrowski | Yes___ No _✓_ | Yes___ No _✓_ |
| Harry Ong | Yes___ No _✓_ | Yes___ No _✓_ |
| Suzanne Verdi | Yes___ No _✓_ | Yes___ No _✓_ |
| William Waugh | Yes___ No _✓_ | Yes___ No _✓_ |

**A2.**   If you answered "No" to every individual in Interrogatory IA1, then your deliberations are complete. Please proceed to III and have the jury foreperson fill in, sign, and date this verdict form. If you answered "Yes" to any part of Interrogatory IA1, go to Interrogatory IA3. Answer Interrogatory IA3 only for the Plaintiff(s) you answered "Yes" to in Interrogatory IA1.

**A3.**    Has any Plaintiff who has proven, by a preponderance of the evidence, that he/she was subjected to excessive/unreasonable force, proven that any excessive/unreasonable force he/she suffered was proximately caused by the deliberate indifference thereto and failure to supervise on the part of Chief McCue?

|  | **April 1, 1989** | **June 17, 1989** |
|---|---|---|
| Eleanor Brady | Yes___ No___ | Yes___ No___ |
| Edward Dombrowski | Yes___ No___ | Yes___ No___ |
| Harry Ong | Yes___ No___ | Yes___ No___ |
| Suzanne Verdi | Yes___ No___ | Yes___ No___ |
| William Waugh | Yes___ No___ | Yes___ No___ |

**A4.**    If you answered "No" to all of Interrogatory IA3, then your deliberations are complete. Please proceed to III and have the jury foreperson fill in, sign, and date this verdict form. If you answered "Yes" to any part of Interrogatory IA3, proceed to Interrogatory II.

**II.    Damages**

Answer this Interrogatory only for any Plaintiff(s) you answered "Yes" to in Interrogatory IA3.

A    What amount of compensatory damages, if any, has each Plaintiff whom you find was subjected to excessive/unreasonable force were proven to be proximately caused by Defendant Town of West Hartford's failure to supervise? Your answer may be different for each Plaintiff.

| | |
|---|---|
| Eleanor Brady | $_____ |
| Edward Dombrowski | $_____ |
| Harry Ong | $_____ |
| Suzanne Verdi | $_____ |
| William Waugh | $_____ |

B    For each part of Interrogatory IA3 you have answered "yes," and for any Plaintiff who has not proved entitlement to compensatory damages, what amount of nominal damages do you award?

| | |
|---|---|
| Eleanor Brady | $_____ |
| Edward Dombrowski | $_____ |
| Harry Ong | $_____ |
| Suzanne Verdi | $_____ |
| William Waugh | $_____ |

**III.    Your deliberations are complete.  Please have the jury foreperson fill in, sign, and date this verdict form.**

_James E. Wildes_
_____
Foreperson

_June 14, 2004_
_____
Date

3