# United States District Court

DISTRICT OF **CONNECTICUT**

Amnesty America
v.
Town of West Hartford

PLAINTIFF'S ☒ DEFENDANT'S ☐ WITNESS LIST

CASE NUMBER: 2:92cv214 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| P. C. Dorsey | John Williams | S. Karsten / N. Dorman |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6/1/04 - | Falcone/Rodko/Sherman | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/1/04 | | | William Waugh |
| ✓ | | 6/1/04 | | | Harry Ong |
| ✓ | | 6/1/04 | | | Suzanne Boller |
| ✓ | | 6/1/04 | | | Eleanor Brady |
| ✓ | | 6/2/04 | | | Joseph A. Zdonczyk |
| ✓ | | 6/2/04 | | | John Lambert |
| ✓ | | 6/2/04 | | | Edward Dombroski |
| ✓ | | 6/2/04 | | | Barbara Ann Monfils |
| ✓ | | 6/2/04 | | | Margaret Abruzzo |
| ✓ | | 6/2/04 | | | Gregory Benoit |
| ✓ | | 6/2/04 | | | Lynda Pratt |
| ✓ | | 6/2/04 | | | Catherine Waugh |
| ✓ | | 6/3/04 | | | Catherine Waugh |
| ✓ | | 6/3/04 | | | Joan Lempka |
| ✓ | | 6/3/04 | | | Gayle Beer |
| ✓ | | 6/3/04 | | | Jean Pollock |
| ✓ | | 6/3/04 | | | Michelle Frances |
| ✓ | | 6/3/04 | | | Mary Alexander |
| ✓ | | 6/3/04 | | | Donald Logan |
| ✓ | | 6/3/04 | | | William Koehler |
| ✓ | | 6/3/04 | | | Anne Kiernan |
| ✓ | | 6/3/04 | | | Tom Martinser |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | NO. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| ✓ | | 6/4/04 | | | | Thomas C. Mescaldo |
| ✓ | | 6/4/04 | | | | Barbara Dale O'Leary |
| ✓ | | 6/4/04 | | | | Lillian A. Loughlin |
| ✓ | | 6/4/04 | | | | Allen Paradie |
| ✓ | | 6/4/04 | | | | Edward J. Greene |
| ✓ | | 6/4/04 | | | | Mary Pardo |
| ✓ | | 6/4/04 | | | | Bruce Murch |
| ✓ | | 6/4/04 | | | | Eileen Bakker |
| ✓ | | 6/4/04 | * | | | Gail Blair |
| ✓ | | 6/7/04 | | | | Norman Weslin |
| ✓ | | 6/7/04 | | | | Nancy Lee Paul |
| ✓ | | 6/7/04 | | | | Orin Paul |
| ✓ | | 6/7/04 | | | | John McCarthy |
| ✓ | | 6/7/04 | | | | Mario Branciaforte |
| ✓ | | 6/7/04 | | | | Jan Kirk Van der Swaagh |
| ✓ | | 6/7/04 | | | | Harlow |
| ✓ | | 6/7/04 | | | | Luis Menchaca |
| ✓ | | 6/7/04 | | | | Gregory Byrnes |
| ✓ | | 6/8/04 | | | | John Geoghegan |
| ✓ | | 6/8/04 | | | | Robert Cooley |

Case No: 2:92cv214 PCD

Amnesty America vs. Town of W. Htfd, et al

Page 2 of ___ Pages