UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM E. WAUGH,
SUZANNE C. VERDI, R.N.,
ELEANOR BRADY, : NO. 2:92CV214(PCD)
EDWARD DOMBROSKI and
HARRY ONG

VS.

TOWN OF WEST HARTFORD : JUNE 1, 2004

## PLAINTIFFS' EXHIBITS

1. Videotape – Full - 6/1/04
2. Videotape – Full - 6/7/04
3. Videotape – excerpt - Full - 6/7/04
4. Videotape – Full - 6/1/04
5. Videotape
6. Videotape – Full - 6/4/04
7. Videotape
8. Videotape – Full - 6/8/04
9. Videotape
10. Videotape – Full - 6/7/04
11. Videotape – Full - 6/4/04

1

12. Videotape

Full - 6/1/04 — 13. Hartford Courant (April 2, 1989), page B-1 (Photo Only)

14. Hartford Courant (April 3, 1989), page C-2

15. Hartford Courant article: "8 protesters continue resistance in court"

16. West Hartford News (April 6, 1989): "Anti-Abortion Protesters Arrested at Center"

17. West Hartford News (April 13, 1989), page 5

18. Hartford Courant (April 18, 1989), page B-4

19. West Hartford News (April 20, 1989), page 4

20. West Hartford News (April 20, 1989): "Last protester released – Chief defends police action"

21. Photograph (6/17/89) — Full - 6/7/04

22. Photograph (6/17/89)

23. Photograph (6/17/89)

24a. Photograph (6/17/89) — Full - 6/1/04

25. Photograph (6/17/89) — Full - 6/3/04

26. Medical records of plaintiff Waugh

27. Photograph (6/17/89) — Full - 6/3/04

28. Photograph (6/17/89) — Full - 6/3/04

29. Photograph (6/17/89) — Full - 6/3/04

30. Photograph (6/17/89) — Full - 6/3/04

31. Photograph (6/17/89) — Full - 6/3/04

32. Photograph (6/17/89)

33. Photograph (6/17/89) — Full - 6/3/04

34. Photograph of Susan Piccolo

35. Photograph of Dorothy Daly

36. Photograph of Gregory Benoit — Full - 6/8/04

37. Photograph of Lianne Azevedo

38. Letter from Patrick G. Alair to John M. Spear (4/20/89) with attachment.

39. Letter from McCue to Norko (4/13/89)

40. Photograph of police activity at April 1, 1989, demonstration

41. Photograph of police activity at April 1, 1989, demonstration

42. Photograph of police activity at April 1, 1989, demonstration

43. Photograph of police activity at April 1, 1989, demonstration

44. Photograph of police activity at April 1, 1989, demonstration

45. Photograph of police activity at April 1, 1989, demonstration
45a. Redacted Photo of Exh #45 — Full - 6/3/04
46. Photograph of police activity at April 1, 1989, demonstration — Full - 6/8/04

47. Photograph of police activity at April 1, 1989, demonstration — redact Full 6/8/04

48. Photograph of police activity at April 1, 1989, demonstration — redact - Full 6/8/04

49. Photograph of police activity at April 1, 1989, demonstration

50. Photograph of police activity at April 1, 1989, demonstration

51. Photograph of police activity at April 1, 1989, demonstration

52. Photograph of police activity at June 17, 1989, demonstration

53. Photograph of aftermath of activity portrayed in Exhibit 52 — F- 6/7/04

54. West Hartford Town Council Resolution adopted June 27, 1989

55. Photograph of police activity at June 17, 1989, demonstration. Full 6/9

56. Photograph of police activity at June 17, 1989, demonstration. Full 6/9

57. Photograph of police activity at June 17, 1989, demonstration. — Full - 6/8/04

58. Photograph of police activity at June 17, 1989, demonstration. — Full - 6/8/04

59. Photograph of police activity at June 17, 1989, demonstration.

60. Photograph of police activity at June 17, 1989, demonstration.

61. Photograph of police activity at June 17, 1989, demonstration. — Full - 6/10/04

62. Photograph of police activity at June 17, 1989, demonstration. — Full - 6/10/04

63. Affidavit of Donald J. Abruzzo (if witness is unavailable)

64. Affidavit of Kenneth G. Arndt (if witness is unavailable)

65. Affidavit of Mario J. Branciforte (if witness is unavailable)

66. Affidavit of Paul Brooks (if witness is unavailable)

67. Affidavit of Gregory A. Byrnes (if witness is unavailable)

68. Affidavit of Ines Casademont (if witness is unavailable)

69. Affidavit of Jennifer K. Clarke (if witness is unavailable)

70. Affidavit of David Collart (if witness is unavailable)

71. Affidavit of Robert E. Cooley (if witness is unavailable)

72. Affidavit of Nona Croke (if witness is unavailable)

73. Affidavit of David K. Eldredge (if witness is unavailable)

74. Affidavit of Darlene Esip (if witness is unavailable)

75. Affidavit of John Graney (if witness is unavailable)

76. Affidavit of John Grant (if witness is unavailable)

77. Affidavit of Charles Hattenburg (if witness is unavailable)

78. Affidavit of Catherine A. Jersey (if witness is unavailable)

79. Affidavit of Anne Kiernan (if witness is unavailable)

80. Affidavit of Robert C. Lacy (if witness is unavailable)

81. Affidavit of John C. Lambert (if witness is unavailable)

82. Affidavit of Nancy Lee (if witness is unavailable)

83. Affidavit of Joan K. Lempka (if witness is unavailable)

84. Affidavit of Jean Marshall (if witness is unavailable)

85. Affidavit of Rose Mysiuk (if witness is unavailable)

86. Affidavit of Nancy Nearen (if witness is unavailable)

87. Affidavit of Barbara Dale O'Leary (if witness is unavailable)

88. Affidavit of Brian Phaneuf (if witness is unavailable)

89. Affidavit of Susan Piccolo (if witness is unavailable)

90. Affidavit of Mark Reardon (if witness is unavailable)

91. Affidavit of Frances Shipley (if witness is unavailable)

92. Affidavit of Edward E. Szymkowiak (if witness is unavailable)

93. Affidavit of Carmela Versella (if witness is unavailable)

94. Affidavit of Daniel vonBergen (if witness is unavailable)

95. Affidavit of Henry Way (if witness is unavailable)

96. Affidavit of Nancy Welz (if witness is unavailable)

97. Affidavit of Mary Winterroth (if witness is unavailable)

97. Affidavit of Joseph Zdonczyk (if witness is unavailable)

98. Letter from McCue to Pressamanta (April 7, 1989)

99. Press Release by Jean Pollock

100. Letter from Alair to Pollock (April 5, 1989) — *Full - 6/3/04*

101. Letter from Migliaro to Chief of Police  *I.O. 6/9/04*

102. Letter from McCue to Migliaro  *I.O. 6/9/04*

103. Medical records of plaintiff Brady

104. Affidavit of Hjalmar Syversen (if witness is unavailable)

105. McCue press release issued April 20, 1989

*Full - 6/1/04 —* 106. *Mr. Waugh's medical Record from 1989*

THE PLAINTIFFS

BY: /s/ _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Their Attorney

6

AO 187A (REV. 7/87) PLTFS EXHIBIT ~~AND WITNESS~~ LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 107 | | 6/1/04 | | Full | Video |
| 108 | | | ID | | Disposition of Ed Dombroski |
| 109 | | 6/2/04 | | Full | Photo |
| 110 | | 6/2/04 | | Full | Photo |
| 111 | | 6/2/04 | | | |
| 111a | | 6/2/04 | | Full | |
| 112 | | 6/2/04 | | Full | Photo |
| 113 | | 6/2/04 | | Full | Photo |
| 114 | | 6/3/04 | | | Copy of Letter to Police Chief |
| 115 | | 6/3/04 | | Full | Photo |
| 116 | | 6/4/04 | | Full | Demonstrative Chart |
| 117 | | 6/4/04 | | Full | Photo |
| 118 | | 6/4/04 | ID | | Photo |
| 119 | | 6/4/04 | | | Photo |
| 120 | | 6/8/04 | | Full | Photo |
| 121 | | 6/8/04 | | Full | Photo |
| 122 | | 6/9/04 | ID | Full | Photo |
| 123 | | 6/9/04 | ID | Full | " |
| 124 | | 6/9/04 | ID | Full | Blowup Photo |
| 125 | | 6/9/04 | ID | Full | Photo |
| 126 | | " | | Full | " |
| 127 | | " | | Full | " |
| 128 | | " | | Full | Photo |
| 129 | | " | | Full | |
| 130 | | " | | Full | |
| 131 | | " | | Full | ✓ |
| 132 | | 6/10/04 | ID | Full | Photo |

Amnesty America vs. Town of W. Htfd    CASE NO. 2:92cv214 PCD

Page 7 of 8 Pages

AO 187A (REV. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Amnesty America vs. Town of W. Htfd   CASE NO. 2:92cv214 PCD

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 133 | | 6/10/04 | ID | Full | Photo |
| 134 | | | ID | | Photo |
| 135 | | 6/10/04 | | Full | Photo |
| 136 | | 6/14/04 | | Full | Photo |

Page 8 of 8 Pages