# United States District Court

DISTRICT OF ~~Depts~~

Amnesty America
v.
Town of West Hartford

~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 2:92cv214 PCD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| P.C. Dorsey | John Williams | S. Karsten / N. Dorman |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/1/04 - | Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 6/8/04 | | | James Strillacci |
| | ✓ | 6/8/04 | | | Dean Kulpanowski |
| | ✓ | 6/9/04 | | | "      " |
| | ✓ | 6/9/04 | | | Robert McCue |
| | ✓ | 6/10/04 | | | Stephen Johnson |
| | ✓ | 6/10/04 | | | Carl Rosensweig |
| | ✓ | 6/10/04 | | | Dana Hallenbeck |
| | ✓ | 6/14/04 | | | Michael Fusco |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages