# United States District Court

DISTRICT OF ~~CONNECTICUT~~

Amnesty America
v.
Town of West Hartford

Def's ~~Exhibit and Witness~~ EXHIBIT LIST

CASE NUMBER: 2:92cv214 PCD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| P. C. Dorsey | John Williams | S. Karsten / N. Dorman |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/1/04 | Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A | 6/8/04 | | Full | West Hartford Police Dept. Policy 4.3.10 - 4.3.11 |
| | B | 6/8/04 | | Full | " " " " 4.7 - 4.7.2 |
| | C | 6/8/04 | | Full | West Hartford Police Dept. Order A-011 |
| | D | 6/8/04 | | Full | " " " " " A-030 |
| | E | 6/8/04 | | Full | " " " " "Rescue Mission" Response Plan |
| | F | 6/8/04 | | Full | Operation Rescue Instructions |
| | G | 6/8/04 | | Full | Operation Rescue, Non-Cooperation Guidelines |
| | T | 6/1/04 | | Full | Photo, Suzann Verdi, 4/1/89 |
| | U | 6/1/04 | | Full | Arrest Processing Sheet |
| | W | 6/2/04 | | Full | Photo, William Waugh, 4/1/89 |
| | RR | 6/2/04 | | Full | Errata Sheets 7/25/00 |
| | SS | 6/4/04 | | Full | Photo |
| | TT | 6/4/04 | | Full | Photo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages