AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **CONNECTICUT**

Amnesty America, et al    Court's EXHIBIT ~~AND WITNESS~~ LIST

v.

Town of West Hartford    2004 JUN 14  P 3:39    CASE NUMBER: 2:92cv214 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| P.C. Dorsey | John Williams | Kersten Dorman |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6.11-04 - | Sherman / Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/14/04 | | | Court's Instruction to the Jury |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages