# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

AMNESTY AMERICA, WILLIAM E.
WAUGH, SUZANNE C. VERDI, R.N.,
ELEANOR BRADY, EDWARD DOMBROSKI
AND HARRY ONG

    v.                                            Civil No.  2:92 cv 213 (PCD)

TOWN OF WEST HARTFORD AND
ROBERT MCCUE

## **J U D G M E N T**

This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge. On June 14, 2004, after deliberation, the jury returned a verdict for the defendants. As a result of the jury's verdict, the Court entered a verdict for the defendants and directed that judgment enter for the defendants.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 14th day of June, 2004.

                                              KEVIN F. ROWE, Clerk
                                              By

                                              /s/

                                              Patricia A. Villano
                                              Deputy Clerk

EOD: _____